FILED
2026 JAN 23 PM 4:49
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY [signature]
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

RAMON CAMPBELL,
*Plaintiff,*

v.

**Civil Action No. 3:25-cv-00260-LS**

MARCO RUBIO, in his official capacity as Secretary of State; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; PAMELA BONDI, in her official capacity as Attorney General of the United States; and the UNITED STATES OF AMERICA,
*Defendants.*

**PLAINTIFF'S EMERGENCY SUPPLEMENT TO PENDING MOTION FOR TEMPORARY RESTRAINING ORDER**

**TO THE HONORABLE COURT:**

Plaintiff Ramon Campbell respectfully submits this Emergency Supplement to his pending Motion for Temporary Restraining Order filed with his Original Complaint on July 14, 2025. The circumstances that Plaintiff warned would occur have now materialized, and Plaintiff faces the imminent and certain loss of $180,000 in business investments within **four days** unless this Court grants emergency relief.

## I.
## THE PREDICTED HARM HAS NOW MATERIALIZED

1. On July 14, 2025, Plaintiff filed his Original Complaint and Emergency Motion for Temporary Restraining Order, warning that application of International Megan's Law's passport marking requirement would cause imminent and irreparable harm to his $180,000 business investment in Dubai, United Arab Emirates.

2. The TRO request has been pending for over six months without any ruling or hearing.

3. On **January 21, 2026**, Plaintiff was **denied boarding** on Emirates Flight EK 6062 departing El Paso for Dubai. The denial was a direct result of the passport marking imposed by International Megan's Law. A true and correct copy of Plaintiff's confirmed ticket is attached as **Exhibit A**, and documentation of the denial of boarding is attached as **Exhibit B**.

4. The harm Plaintiff predicted in his Original Complaint is no longer speculative—it has occurred and is ongoing.

## II.
## PLAINTIFF WILL LOSE HIS $180,000 INVESTMENT IN FOUR DAYS

5. Plaintiff's business investments in Dubai are held through the SPC Free Zone, which—like all UAE free zones—requires that investors maintain a clean criminal record and be physically present in the country within specified timeframes to maintain their business licenses and investor visas.

6. On **January 27, 2026—four days from today**—Plaintiff's business investments valued at approximately $180,000 will be subject to confiscation by Dubai authorities due to Plaintiff's inability to travel to the UAE as required.

7. This confiscation is the direct and proximate result of Defendants' enforcement of the unconstitutional passport marking requirement, which has:

a. Caused Plaintiff to be denied boarding on his scheduled flight to Dubai;

b. Prevented Plaintiff from being physically present in the UAE as required to maintain his business interests; and

c. Made it impossible for Plaintiff to comply with UAE requirements that investors have no criminal record—despite the fact that under Texas law, Plaintiff's case was dismissed and no conviction was entered.

8. See Declaration of Ramon Campbell, attached hereto as **Exhibit C**.

## III.
## EMERGENCY RELIEF IS REQUIRED

9. Plaintiff has demonstrated all elements required for a temporary restraining order:

**Likelihood of Success on the Merits:** Plaintiff's constitutional claims remain strong. The passport marking requirement violates the Ex Post Facto Clauses by retroactively applying a 2016 law to conduct that occurred in 2004 and was dismissed before the law's enactment. The requirement compels Plaintiff to carry and present a document containing false information—that he was "convicted" of a sex offense—when under Texas law his case was dismissed with no conviction entered. Fifth Circuit precedent in *Hopkins v. Hosemann*, 83 F.4th 312 (5th Cir. 2023), requires courts to analyze whether such schemes are "so punitive either in purpose or effect" as to constitute punishment.

**Irreparable Harm:** Plaintiff has already suffered irreparable harm through denial of boarding and will suffer the complete loss of his $180,000 investment in four days. Once his business is confiscated, no monetary damages can restore his established business relationships, reputation, and future opportunities in the international market.

**Balance of Harms:** Plaintiff faces certain destruction of his livelihood within days. Defendants face no harm from temporarily suspending enforcement of the passport marking requirement against one individual during the pendency of this constitutional challenge. The Angel Watch notification procedures can continue to serve any legitimate government interest.

**Public Interest:** The public interest strongly favors preventing enforcement of allegedly unconstitutional laws and protecting the integrity of plea agreements that promised dismissal of charges upon successful completion of probation terms.

## IV.
## REQUESTED RELIEF

10. Plaintiff respectfully requests that this Court:

a. **Set an emergency hearing within 24-48 hours** given the January 27, 2026 deadline;

b. Enter a Temporary Restraining Order enjoining Defendants from enforcing the passport marking requirements of International Megan's Law against Plaintiff;

c. Order Defendants to immediately issue Plaintiff a standard United States passport without the stigmatizing marking; or, in the alternative,

d. **Order Defendants to provide Plaintiff with an official letter or documentation** clarifying that under Texas law, Plaintiff's case was dismissed pursuant to Texas Code of Criminal Procedure Article 42A.111 and that no conviction was entered, which Plaintiff may present to UAE authorities to preserve his business investments;

e. **Order Defendants to immediately notify the government of the United Arab Emirates and Dubai authorities** that the information previously conveyed through the passport marking and/or Angel Watch notification system regarding Plaintiff was incorrect, and that under Texas law Plaintiff's case was dismissed with no conviction entered, so that Plaintiff's business investments may be preserved pending resolution of this constitutional challenge;

f. Grant such other and further relief as the Court deems just and proper.

## V.
## CONCLUSION

Plaintiff's TRO request has been pending since July 14, 2025. The harm Plaintiff warned about has now occurred. Plaintiff was denied boarding on January 21, 2026, and will lose his entire $180,000 investment on January 27, 2026—four days from today—unless this Court acts. Plaintiff respectfully urges the Court to grant emergency relief immediately.

Respectfully submitted,

**Ramon Campbell**
6005 Isabella Dr
El Paso, TX 79912
(915) 247-6173
*Plaintiff, Pro Se*

# EXHIBIT C

## DECLARATION OF RAMON CAMPBELL

I, Ramon Campbell, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Plaintiff in this action. I am over 18 years of age and competent to make this declaration. I have personal knowledge of the facts stated herein.

### *Background*

2. In 2004, I entered into a deferred adjudication agreement in Texas for a charge of aggravated sexual assault of a child. I successfully completed all terms and conditions of my ten-year deferred adjudication probation without any violations.

3. On August 10, 2016, the Texas court dismissed the proceedings against me pursuant to Texas Code of Criminal Procedure Article 42A.111. Under Texas law, this dismissal means I do not have a final conviction on my record for state law purposes.

4. Despite this dismissal, the federal government has applied International Megan's Law to me and required my passport to bear the statement: "The bearer was convicted of a sex offense against a minor, and is a covered sex offender pursuant to 22 United States Code Section 212b(c)(1)."

### *My Dubai Business Investments*

5. I have significant business investments in Dubai, United Arab Emirates, valued at approximately $180,000. These investments are held through the SPC Free Zone (Sharjah Publishing City Free Zone).

6. The SPC Free Zone, like all UAE free zones, requires that investors maintain a clean criminal record. The UAE Golden Visa and investor visa programs explicitly require applicants to "possess a valid passport and maintain a clean criminal record."

7. I am required to be physically present in the UAE within certain timeframes to maintain my business license and investor status.

### *The January 21, 2026 Denial of Boarding*

8. I had a confirmed booking on Emirates Flight EK 6062 departing El Paso, Texas on January 21, 2026, connecting through Houston to Dubai. My ticket number was 176 2204352960, and my booking reference was KCRT6W.

9. On January 21, 2026, I was denied boarding on this flight. The denial was directly related to my passport bearing the International Megan's Law marking.

10. As a result of this denial of boarding, I was unable to travel to Dubai to manage my business investments and meet the physical presence requirements for maintaining my investor status.

***The January 27, 2026 Confiscation Deadline***

11. On January 27, 2026—four days from today—my business investments in Dubai will be subject to confiscation by the Dubai government due to my inability to be physically present in the country and comply with the investor requirements.

12. This confiscation will result in the total loss of my $180,000 investment, my established business relationships, and years of work building my international business presence.

13. This harm cannot be remedied by monetary damages. Once my business is confiscated, my reputation with international partners will be destroyed, my business relationships will be terminated, and the opportunity to continue operating in the UAE market will be permanently lost.

***Request for Relief***

14. If this Court were to issue an unmarked passport, or provide official documentation clarifying that under Texas law my case was dismissed and no conviction was entered, I could present such documentation to UAE authorities to potentially preserve my business investments.

15. Without emergency relief from this Court within the next four days, I will suffer complete and irreparable destruction of my business and livelihood.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 23, 2026, at El Paso, Texas.

Ramon Campbell

# CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026, I electronically filed the foregoing Emergency Supplement to Pending Motion for Temporary Restraining Order with the Clerk of Court using the ~~CM/ECF system~~ Email, which will send notification of such filing to all counsel of record.

Ramon Campbell

Ramon Campbell

Ex. A (13 pages)

Please review the following fare rules that apply to your booking. The most restrictive condition of the fare rule applies if more than one fare rule is used to arrive at the fare. The conditions of the fare rules are applicable for each passenger.

If the outbound and inbound refund or change fees are different amounts and you wish to refund or change your entire trip, the higher fee will apply. When a combination of fares is used with different validity periods, the lowest validity will apply for your entire trip.

The amounts quoted for change fees or refunds are per person.**Change fees will be charged in addition to any applicable fare difference.**

Fare Rules 1

**TICKET ENDORSEMENTS :**
FOR LLEIPUS4 TYPE FARES
THE ORIGINAL AND THE REISSUED TICKET MUST BE ANNOTATED -
NON-END/SAVER - AND - REWARD UPGDS ALLOWED - IN THE
ENDORSEMENT BOX.

**STOPOVERS :**
UNLESS OTHERWISE SPECIFIED
UNLIMITED STOPOVERS PERMITTED IN EACH DIRECTION
LIMITED TO 4 FREE AND UNLIMITED AT USD 100.00 EACH.
2 FREE IN DXB
1 FREE IN EUROPE IN EACH DIRECTION
UNLIMITED IN THE UNITED STATES AT USD 100.00 EACH.
INFANT IS FREE.
A STOPOVER MAY NOT EXCEED 14 DAYS.
NOTE -
STOPOVER FEE APPLIES TO ADULT/CHILD ONLY.
INFANT DISCOUNTS MAY BE APPLIED TO INFANTS UNDER
2 YEARS OF AGE TRAVELLING WITHOUT A SEAT.

---

**PENALTIES :**
FROM/TO UNITED ARAB EMIRATES FOR LLEIPUS4 TYPE ALL ECONOMY CABIN FARE TYPES FARES
CHANGES
ANY TIME
CHARGE USD 150.00.
WAIVED FOR DEATH OF PASSENGER OR FAMILY MEMBER.
CHARGE USD 300.00 FOR NO-SHOW.
WAIVED FOR DEATH OF PASSENGER OR FAMILY MEMBER.
CANCELLATIONS
BEFORE DEPARTURE
CHARGE USD 225.00 FOR CANCEL/REFUND.
WAIVED FOR DEATH OF PASSENGER OR FAMILY MEMBER.
CHARGE USD 450.00 FOR NO-SHOW.
WAIVED FOR DEATH OF PASSENGER OR FAMILY MEMBER.
AFTER DEPARTURE
TICKET IS NON-REFUNDABLE IN CASE OF CANCEL/REFUND.
WAIVED FOR DEATH OF PASSENGER OR FAMILY MEMBER.
TICKET IS NON-REFUNDABLE IN CASE OF NO-SHOW.
WAIVED FOR DEATH OF PASSENGER OR FAMILY MEMBER.
NOTE -
CHANGES

---

... A CHANGE IS A DATE/FLIGHT/ROUTING/BOOKING
CODE CHANGE.
... CHANGE FEE APPLIES PER PASSENGER PER
TRANSACTION.
... CHANGE FEE DOES NOT APPLY TO INFANT NOT
OCCUPYING A SEAT.
... CHD/INF WITH A SEAT DISCOUNT DOES NOT APPLY
ON THE CHANGE/REROUTING FEES.
... CHANGE IS PERMITTED WITHIN TICKET VALIDITY OF
ORIGINAL TICKET.
... CHANGES ONLY PERMITTED TO FARE OF EQUIVALENT
OR HIGHER VALUE.

---

WAIVERS
1.WAIVED FOR DEATH OF PASSENGER OR FAMILY MEMBER.
A COPY OF VALID DEATH CERTIFICATE ISSUED BY A
COMPETENT MEDICAL AUTHORITY IS REQUIRED.
FAMILY MEMBERS AS DEFINED IN EK CONDITIONS OF
CARRIAGE OR PASSENGER AIRLINE TARIFF RULE BOOK.
2.NO WAIVER APPLICABLE FOR ILLNESS OF PASSENGER
OR FAMILY MEMBER.
3.CONTACT EK OFFICE FOR WAIVERS DEFINED ABOVE.

---

CHANGES AGAINST NO SHOW

- A NO-SHOW FOR A FLIGHT IS CONSIDERED WHEN A PASSENGER FAILS TO REPORT TO THE AIRPORT AS BOOKED ONE HOUR BEFORE DEPARTURE OF THE SCHEDULED FLIGHT OR FAILS TO OCCUPY THE SEAT OF THE SCHEDULED FLIGHT OR FAILS TO REISSUE OR REFUND ONE HOUR BEFORE DEPARTURE OF THE SCHEDULED FLIGHT.
- FAILURE TO UTILISE TICKET AS BOOKED ON ANY SEGMENT OF THE ITINERARY WILL RESULT IN ALL SUBSEQUENT SEGMENTS OF THE ITINERARY BEING CANCELLED. IN SUCH CASES NO-SHOW FEE WILL APPLY.
- IN CASE OF NO-SHOW ONLY ONE FEE IS TO BE CHARGED I.E. EITHER THE NO-SHOW FEE OR THE CHANGE FEE WHICHEVER IS HIGHER AND NOT BOTH.

---

UPGRADES - APPLICABLE ONLY IF CHANGES ARE PERMITTED.
UPGRADES TO HIGHER FARE IN A HIGHER CABIN.
RECALCULATE THE FARE FROM THE POINT OF ORIGIN PROVIDED THE FARE RULE CONDITIONS OF THE HIGHER FARE ARE MET.
COLLECT THE FARE DIFFERENCE. CHANGE FEE IS WAIVED FOR UPGRADE TO HIGHER CABIN.
IF THE UPGRADED TICKET IS SUBSEQUENTLY CANCELLED THE ORIGINAL CHARGE WILL APPLY.

---

VOLUNTARY DOWNGRADE - NO REFUNDS IN CASE OF VOLUNTARY DOWNGRADE.

---

PENALTY FEE APPLICATION
1.ANY TIME WHEN THIS FARE IS COMBINED WITH ANOTHER FARE AND ONLY ONE FARE COMPONENT IS CHANGED THE PENALTY CONDITIONS OF THE CHANGED FARE COMPONENT WILL APPLY.
2.ANY TIME WHEN MORE THAN ONE FARE COMPONENT IS BEING CHANGED THE HIGHEST PENALTY OF ALL CHANGED FARE COMPONENTS WILL APPLY.

---

REPRICING CONDITIONS
ONE FREE DATE CHANGE FOR INBOUND JOURNEY PERMITTED IF OUTSIDE SYSTEM RANGE AT TIME OF TICKETING APPLICABLE ONLY IF REISSUED BEFORE DEPARTURE. FARE DIFFERENCE MAY APPLY DEPENDING ON AVAILABILITY AT TIME OF CHANGE - REFER CAPACITY LIMITATIONS. NO REISSUE FEE APPLIES IF DATE CHANGE AND FARE DIFFERENCE COMPLETED IN SAME TRANSACTION.
A.BEFORE DEPARTURE / FULLY UNUTILISED TICKETS
IN THE EVENT OF VOLUNTARY CHANGES TO ANY FLIGHT/DATE ON THE ITINERARY TICKET HAS TO BE REISSUED TO FARE OF EQUIVALENT OR HIGHER VALUE AND COLLECT ANY FARE DIFFERENCE AS AN ADC. THE FARES FOR THE PASSENGER JOURNEY SHALL BE RECALCULATED FROM THE POINT OF ORIGIN BASEDON THE DATE OF REISSUE.CHANGE FEES IF ANY TO BE COLLECTED AS PER THE ORIGINAL FARE PAID AND SHOWN ON TICKET AS AN OD TAX PLUS ANY ADDITIONAL TAXES.
B.AFTER DEPARTURE / PARTIALLY UTILISED TICKETS
AFTER COMMENCEMENT OF THE FIRST SECTOR OF THE JOURNEY OR THE JOURNEY PERFORMED TILL THE TURNAROUND / FARE BREAK POINT.
IN THE EVENT OF VOLUNTARY CHANGES AFTER COMMENCEMENT OF TRAVEL THE FARES FOR THE PASSENGER JOURNEY SHALL BE RECALCULATED FROM THE POINT OF ORIGIN IN ACCORDANCE WITH THE FARES IN EFFECT ON THE DATE OF ISSUE OF THE TICKET USED FOR THE OUTBOUND FLIGHT AND COLLECT ANY FARE DIFFERENCE
AS AN ADC PLUS THE APPLICABLE CHANGE FEE FOR THE TICKETED FARE AS OD TAX PLUS ANY ADDITIONAL TAXES ON THE NEW TICKET. NEW TICKET TO BE RE-ISSUED TO FARE OF EQUIVALENT OR HIGHER VALUE.

---

CANCELLATION / REFUNDS
1.CANCELLATION /REFUND FEES ARE NOT COMMISSIONABLE
2.CANCELLATION FEE DOES NOT APPLY TO INFANT NOT OCCUPYING A SEAT.

3.THE DISTRIBUTION SURCHARGE YR WILL ONLY BE REFUNDABLE FOR FULLY UNUTILIZED TICKETS. IN ALL OTHER SCENARIOS THE SURCHARGE IS NON-REFUNDABLE
4.THE DISTRIBUTION SURCHARGE YR REFUND WILL BE MADE TO THE ORIGINAL FORM OF PAYMENT

---

WAIVERS
1.WAIVED FOR DEATH OF PASSENGER OR FAMILY MEMBER. A COPY OF VALID DEATH CERTIFICATE ISSUED BY A COMPETENT MEDICAL AUTHORITY IS REQUIRED. FAMILY MEMBERS AS DEFINED IN EK CONDITIONS OF CARRIAGE OR PASSENGER AIRLINE TARIFF RULE BOOK.
2.NO WAIVER APPLICABLE FOR ILLNESS OF PASSENGER OR FAMILY MEMBER.
3.CONTACT EK LOCAL OFFICE FOR WAIVERS DEFINED ABOVE.

---

CANCELLATION / REFUNDS AGAINST NO SHOW.
... A NO-SHOW FOR A FLIGHT IS CONSIDERED WHEN A PASSENGER FAILS TO REPORT TO THE AIRPORT AS BOOKED ONE HOUR BEFORE DEPARTURE OF THE SCHEDULED FLIGHT OR FAILS TO OCCUPY THE SEAT OF THE SCHEDULED FLIGHT OR FAILS TO REISSUE OR REFUND ONE HOUR BEFORE DEPARTURE OF THE SCHEDULED FLIGHT.
... FAILURE TO UTILISED TICKET AS BOOKED ON ANY SEGMENT OF THE ITINERARY WILL RESULT IN ALL SUBSEQUENT SEGMENTS OF THE ITINERARY BEING CANCELLED. IN SUCH CASES ONLY NO-SHOW FEE WILL APPLY AND NOT BOTH.
... NO SHOW FEE IS NON COMMISSIONABLE.

---

CANCELLATION/REFUNDS FOR CABIN UPGRADED TICKETS-
IF THE UPGRADED TICKET IS SUBSEQUENTLY CANCELLED THE PENALTY CHARGE OF ORIGINAL FARES WILL APPLY.
IN ADDITION TO THE ABOVE -
- REFUND AGAINST UPGRADES WHERE ORIGINAL FARE IS NON-REFUNDABLE AND NEW FARE IS REFUNDABLE ONLY THE ADC AMOUNT AND REFUNDABLE TAXES CAN BE REIMBURSED.
- REFUND AGAINST UPGRADES WHERE ORIGINAL FARE IS REFUNDABLE AND NEW FARE IS NON-REFUNDABLE ORIGINAL FARE PLUS CARRIER IMPOSED FEE AND REFUNDABLE TAXES CAN BE REFUNDED

---

OUT OF SEQUENCE TICKETS -
ANYTIME TICKETS IS UTILIZED OUT OF SEQUENCE NO REFUND WILL BE GIVEN AND/OR CARRIER IMPOSED SURCHARGE - YQ/YR.

---

A.WHEN OUTBOUND AND INBOUND FARES ARE REFUNDABLE. WHEN COMBINING FARES THAT HAVE CANCELLATION FEES THE HIGHEST CANCELLATION FEE OF EACH CANCELLED PRICING UNIT APPLIES.
A1.BEFORE DEPARTURE / FULLY UNUTILISED TICKETS
- DEDUCT THE APPLICABLE HIGHEST CANCELLATION FEE FROM THE TOTAL OF THE BASE FARE AND CARRIER-IMPOSED SURCHARGE YQ/YR.
- THE DISTRIBUTION SURCHARGE YR WILL ONLY BE REFUNDABLE FOR FULLY UNUTILISED TICKETS. IN ALL OTHER SCENARIOS THE SURCHARGE IS NON-REFUNDABLE.
- REFUND THE RESIDUAL AMOUNT ALONG WITH THE REFUNDABLE GOVERNMENT TAXES
- CARRIER IMPOSED SERVICE FEE 6A THROUGH 6Y ARE NOT REFUNDABLE.
A2.AFTER DEPARTURE / PARTIALLY UTILISED TICKETS - AFTER COMMENCEMENT OF THE FIRST SECTOR OF THE JOURNEY.
RETURN JOURNEY
- DEDUCT THE OW FARE OF EQUAL OR HIGHER AMOUNT THAN THE FARE PAID FOR THE COMPONENT FOR WHICH JOURNEY HAS BEEN PERFORMED IN THE SAME OR NEXT HIGHER RBD
- CHARGE THE APPLICABLE CANCELLATION FEE AND THE CARRIER-IMPOSED SURCHARGE - YQ FOR THE COMPONENT FOR WHICH JOURNEY HAS BEEN PERFORMED. DEDUCT NON-REFUNDABLE TAXES.
- REFUND UNUTILISED GOVERNMENT TAXES FOR THE

UNUSED PORTION/SECTOR OF THE JOURNEY.
- NO REFUND OF FARE AND CARRIER-IMPOSED SURCHARGES YQ IF THE UTILISED OW COMPONENT FARE IS GREATER THAN THE TICKETED FARE.
- NO REFUND OF FARE AND CARRIER-IMPOSED SURCHARGE YQ IF JOURNEY PERFORMED BEYOND THE TURNAROUND/FARE BREAK POINT.
- CARRIER-IMPOSED SURCHARGE YR AND SERVICE FEE 6A THROUGH 6Y IS NOT REFUNDABLE.
ONE-WAY JOURNEY
- NO REFUND OF FARE AND CARRIER-IMPOSED SURCHARGE YQ/YR AND SERVICE FEE 6A THROUGH 6Y AFTER COMMENCEMENT OF THE FIRST SECTOR OF THE JOURNEY
- REFUND UNUTILISED GOVERNMENT TAXES FOR THE UNUSED PORTION/SECTOR OF THE JOURNEY.

---

B.WHEN OUTBOUND AND INBOUND FARES ARE NON - REFUNDABLE.
- NO REFUND OF FARE AND CARRIER-IMPOSED SURCHARGE YQ AND SERVICE FEE 6A THROUGH 6Y.
- DEDUCT NON-REFUNDABLE TAXES.
- THE DISTRIBUTION SURCHARGE YR WILL ONLY BE REFUNDABLE FOR FULLY UNUTILISED TICKETS. IN ALL OTHER SCENARIOS THE SURCHARGE IS NON-REFUNDABLE.

---

C.COMBINATION OF REFUNDABLE AND NON-REFUNDABLE FARES.
1.BEFORE DEPARTURE/FULLY UNUTILISED TICKETS.
- DEDUCT THE NON-REFUNDABLE FARE PAID HALF RT AND THE CANCELLATION FEE OF THE REFUNDABLE FARE.
- DEDUCT YQ OF NON-REFUNDABLE COMPONENT.
- DEDUCT NON-REFUNDABLE TAXES
- SERVICE FEE 6A THROUGH 6Y ARE NON-REFUNDABLE.
- THE DISTRIBUTION SURCHARGE YR WILL ONLY BE REFUNDABLE FOR FULLY UNUTILISED TICKETS. IN ALL OTHER SCENARIOS THE SURCHARGE IS NON-REFUNDABLE.
2.AFTER DEPARTURE / PARTIALLY UTILISED TICKETS - AFTER COMMENCEMENT OF THE FIRST SECTOR OF THE JOURNEY.
2.1 IF OUTBOUND FARE COMPONENT IS NON-REFUNDABLE.
- DEDUCT THE OW CARRIER-IMPOSED FEES YQ AND FARE OF EQUAL OR HIGHER AMOUNT THAN THE FARE PAID FOR THE COMPONENT FOR WHICH JOURNEY HAS BEEN PERFORMED IN THE SAME OR NEXT HIGHER RBD
- DEDUCT THE CANCELLATION FEE OF THE REFUNDABLE FARE.
- DEDUCT NON-REFUNDABLE TAXES
- CARRIER IMPOSED FEES - YR AND SERVICE FEE 6A THROUGH 6Y ARE NON-REFUNDABLE.
- NO REFUND OF FARE AND CARRIER IMPOSED FEES YQ IF THE UTILISED OW FARE IS GREATER THAN THE TICKETED FARE.
2.2 IF INBOUND FARE COMPONENT IS NON-REFUNDABLE.
- NO REFUND OF THE FARE AND CARRIER IMPOSED FEES YQ /YR AND SERVICE FEE 6A THROUGH 6Y.
- DEDUCT NON-REFUNDABLE TAXES.
- NO REFUND OF FARE AND CARRIER-IMPOSED SURCHARGE YQ/YR AND SERVICE FEE 6A THROUGH 6Y IF JOURNEY PERFORMED BEYOND THE TURNAROUND/FARE BREAK POINT.

---

**SURCHARGES :**
BETWEEN AREA 1 AND UNITED ARAB EMIRATES
OUTBOUND -
A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FROM 13DEC THROUGH 22DEC. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON THU/ FRI/SAT. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 100.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL WHEN TRAVEL IS TO/FROM/VIA MIL/ATH. APPLIES PER ADULT. CHILD/ INFANT DISCOUNTS APPLY.
INBOUND -
A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN

DXB AND DFW FROM 24JUL THROUGH 10AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN DXB AND HOU FROM 24JUL THROUGH 16AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN DXB AND LAX FROM 31JUL THROUGH 20AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN DXB AND ORL FROM 24JUL THROUGH 09AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN DXB AND MCO FROM 24JUL THROUGH 09AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN DXB AND CHI FROM 25JUL THROUGH 16AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN DXB AND SFO FROM 30JUL THROUGH 16AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN DXB AND NYC FROM 14AUG THROUGH 23AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN DXB AND EWR FROM 14AUG THROUGH 23AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN DXB AND BOS FROM 14AUG THROUGH 30AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN DXB AND WAS FROM 07AUG THROUGH 23AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN DXB AND SEA FROM 06AUG THROUGH 23AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN DXB AND MIA FROM 25JUL THROUGH 14AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN ATH AND NYC FROM 14AUG THROUGH 23AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN MIL AND NYC FROM 14AUG THROUGH 23AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN ATH AND EWR FROM 14AUG THROUGH 23AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY

SECTOR BETWEEN MIL AND EWR FROM 14AUG THROUGH
23AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS
APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE
ADDED TO THE APPLICABLE FARE FOR TRAVEL ON SAT/
SUN. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS
APPLY.
FROM/TO THE UNITED STATES FOR ALL ECONOMY CABIN FARE TYPES FARES
THE PROVISIONS BELOW APPLY ONLY AS FOLLOWS -
TICKETS MAY ONLY BE SOLD IN BANGLADESH/TURKIYE.
A SURCHARGE OF 9 PERCENT OF THE FARE PER TICKET WILL BE
ADDED TO THE APPLICABLE FARE FOR TRAVEL. APPLIES PER
ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 450.00 PER DIRECTION WILL BE
ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY
SECTOR BETWEEN EUROPE AND AREA 1. APPLIES PER
ADULT. CHILD/INFANT DISCOUNTS APPLY.
PROVIDED TRAVEL IS ON ONE OR MORE OF THE FOLLOWING
ANY VS FLIGHT OPERATED BY VS
ANY LH FLIGHT OPERATED BY LH
ANY LX FLIGHT OPERATED BY LX
ANY AC FLIGHT OPERATED BY AC
ANY WS FLIGHT OPERATED BY WS
ANY EK FLIGHT OPERATED BY VS
ANY EK FLIGHT OPERATED BY LH
ANY EK FLIGHT OPERATED BY LX
ANY EK FLIGHT OPERATED BY AC
ANY EK FLIGHT OPERATED BY WS
ANY EK FLIGHT OPERATED BY TP
ANY TP FLIGHT OPERATED BY TP
ANY AV FLIGHT OPERATED BY AV
ANY AV FLIGHT OPERATED BY TA
ANY AV FLIGHT OPERATED BY LR
ANY AV FLIGHT OPERATED BY 2K
ANY AR FLIGHT OPERATED BY AR.
AND - A SURCHARGE OF USD 375.00 PER DIRECTION WILL BE
ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY
SECTOR BETWEEN ATH AND DXB. APPLIES PER ADULT.
CHILD/INFANT DISCOUNTS APPLY.
PROVIDED TRAVEL IS ON ONE OR MORE OF THE FOLLOWING
ANY EK FLIGHT OPERATED BY A3
ANY EK FLIGHT OPERATED BY OA.
AND - OUTBOUND -
A SURCHARGE OF 2 PERCENT OF THE PER FARE COMPONENT
WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FROM
26JUN THROUGH 08AUG. APPLIES PER ADULT. CHILD/INFANT
DISCOUNTS APPLY.
AND - INBOUND -
A SURCHARGE OF 2 PERCENT OF THE PER FARE COMPONENT
WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FROM
30JUL THROUGH 31AUG. APPLIES PER ADULT. CHILD/INFANT
DISCOUNTS APPLY.
AND - OUTBOUND -
A SURCHARGE OF 2 PERCENT OF THE PER FARE COMPONENT
WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FROM
11DEC THROUGH 23DEC. APPLIES PER ADULT. CHILD/INFANT
DISCOUNTS APPLY.
AND - INBOUND -
A SURCHARGE OF 2 PERCENT OF THE PER FARE COMPONENT
WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FROM
01JAN THROUGH 12JAN. APPLIES PER ADULT. CHILD/INFANT
DISCOUNTS APPLY.
A SURCHARGE OF USD 450.00 PER DIRECTION WILL BE ADDED TO
THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN
EUROPE AND AREA 1. APPLIES PER ADULT. CHILD/INFANT
DISCOUNTS APPLY.
PROVIDED TRAVEL IS ON ONE OR MORE OF THE FOLLOWING
ANY VS FLIGHT OPERATED BY VS
ANY LH FLIGHT OPERATED BY LH
ANY LX FLIGHT OPERATED BY LX
ANY AC FLIGHT OPERATED BY AC
ANY WS FLIGHT OPERATED BY WS
ANY EK FLIGHT OPERATED BY VS
ANY EK FLIGHT OPERATED BY LH
ANY EK FLIGHT OPERATED BY LX
ANY EK FLIGHT OPERATED BY AC
ANY EK FLIGHT OPERATED BY WS
ANY EK FLIGHT OPERATED BY TP
ANY TP FLIGHT OPERATED BY TP

ANY AV FLIGHT OPERATED BY AV
ANY AV FLIGHT OPERATED BY TA
ANY AV FLIGHT OPERATED BY LR
ANY AV FLIGHT OPERATED BY 2K
ANY AR FLIGHT OPERATED BY AR.
AND - A SURCHARGE OF USD 375.00 PER DIRECTION WILL BE
ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY
SECTOR BETWEEN ATH AND DXB. APPLIES PER ADULT.
CHILD/INFANT DISCOUNTS APPLY.
PROVIDED TRAVEL IS ON ONE OR MORE OF THE FOLLOWING
ANY EK FLIGHT OPERATED BY A3
ANY EK FLIGHT OPERATED BY OA.
AND - OUTBOUND -
A SURCHARGE OF 2 PERCENT OF THE PER FARE COMPONENT WILL
BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FROM 26JUN
THROUGH 08AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS
APPLY.
AND - INBOUND -
A SURCHARGE OF 2 PERCENT OF THE PER FARE COMPONENT WILL
BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FROM 30JUL
THROUGH 31AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS
APPLY.
AND - OUTBOUND -
A SURCHARGE OF 2 PERCENT OF THE PER FARE COMPONENT WILL
BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FROM 11DEC
THROUGH 23DEC. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS
APPLY.
AND - INBOUND -
A SURCHARGE OF 2 PERCENT OF THE PER FARE COMPONENT WILL
BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FROM 01JAN
THROUGH 12JAN. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS
APPLY.

Fare Rules 2

**TICKET ENDORSEMENTS :**
FOR LLEIPUS4 TYPE FARES
THE ORIGINAL AND THE REISSUED TICKET MUST BE ANNOTATED -
NON-END/SAVER - AND - REWARD UPGDS ALLOWED - IN THE
ENDORSEMENT BOX.

**STOPOVERS :**
UNLESS OTHERWISE SPECIFIED
UNLIMITED STOPOVERS PERMITTED IN EACH DIRECTION
LIMITED TO 4 FREE AND UNLIMITED AT USD 100.00 EACH.
2 FREE IN DXB
1 FREE IN EUROPE IN EACH DIRECTION
UNLIMITED IN THE UNITED STATES AT USD 100.00 EACH.
INFANT IS FREE.
A STOPOVER MAY NOT EXCEED 14 DAYS.
NOTE -
STOPOVER FEE APPLIES TO ADULT/CHILD ONLY.
INFANT DISCOUNTS MAY BE APPLIED TO INFANTS UNDER
2 YEARS OF AGE TRAVELLING WITHOUT A SEAT.
---------------------------------------------------------

**PENALTIES :**
FROM/TO UNITED ARAB EMIRATES FOR LLEIPUS4 TYPE ALL ECONOMY CABIN FARE TYPES FARES
CHANGES
ANY TIME
CHARGE USD 150.00.
WAIVED FOR DEATH OF PASSENGER OR FAMILY MEMBER.
CHARGE USD 300.00 FOR NO-SHOW.
WAIVED FOR DEATH OF PASSENGER OR FAMILY MEMBER.
CANCELLATIONS
BEFORE DEPARTURE
CHARGE USD 225.00 FOR CANCEL/REFUND.
WAIVED FOR DEATH OF PASSENGER OR FAMILY MEMBER.
CHARGE USD 450.00 FOR NO-SHOW.
WAIVED FOR DEATH OF PASSENGER OR FAMILY MEMBER.
AFTER DEPARTURE
TICKET IS NON-REFUNDABLE IN CASE OF CANCEL/REFUND.
WAIVED FOR DEATH OF PASSENGER OR FAMILY MEMBER.
TICKET IS NON-REFUNDABLE IN CASE OF NO-SHOW.
WAIVED FOR DEATH OF PASSENGER OR FAMILY MEMBER.
NOTE -
CHANGES
---------------------------------------------------------
... A CHANGE IS A DATE/FLIGHT/ROUTING/BOOKING
CODE CHANGE.

... CHANGE FEE APPLIES PER PASSENGER PER TRANSACTION.
... CHANGE FEE DOES NOT APPLY TO INFANT NOT OCCUPYING A SEAT.
... CHD/INF WITH A SEAT DISCOUNT DOES NOT APPLY ON THE CHANGE/REROUTING FEES.
... CHANGE IS PERMITTED WITHIN TICKET VALIDITY OF ORIGINAL TICKET.
... CHANGES ONLY PERMITTED TO FARE OF EQUIVALENT OR HIGHER VALUE.

---

WAIVERS
1.WAIVED FOR DEATH OF PASSENGER OR FAMILY MEMBER. A COPY OF VALID DEATH CERTIFICATE ISSUED BY A COMPETENT MEDICAL AUTHORITY IS REQUIRED. FAMILY MEMBERS AS DEFINED IN EK CONDITIONS OF CARRIAGE OR PASSENGER AIRLINE TARIFF RULE BOOK.
2.NO WAIVER APPLICABLE FOR ILLNESS OF PASSENGER OR FAMILY MEMBER.
3.CONTACT EK OFFICE FOR WAIVERS DEFINED ABOVE.

---

CHANGES AGAINST NO SHOW
- A NO-SHOW FOR A FLIGHT IS CONSIDERED WHEN A PASSENGER FAILS TO REPORT TO THE AIRPORT AS BOOKED ONE HOUR BEFORE DEPARTURE OF THE SCHEDULED FLIGHT OR FAILS TO OCCUPY THE SEAT OF THE SCHEDULED FLIGHT OR FAILS TO REISSUE OR REFUND ONE HOUR BEFORE DEPARTURE OF THE SCHEDULED FLIGHT.
- FAILURE TO UTILISE TICKET AS BOOKED ON ANY SEGMENT OF THE ITINERARY WILL RESULT IN ALL SUBSEQUENT SEGMENTS OF THE ITINERARY BEING CANCELLED. IN SUCH CASES NO-SHOW FEE WILL APPLY.
- IN CASE OF NO-SHOW ONLY ONE FEE IS TO BE CHARGED I.E. EITHER THE NO-SHOW FEE OR THE CHANGE FEE WHICHEVER IS HIGHER AND NOT BOTH.

---

UPGRADES - APPLICABLE ONLY IF CHANGES ARE PERMITTED.
UPGRADES TO HIGHER FARE IN A HIGHER CABIN. RECALCULATE THE FARE FROM THE POINT OF ORIGIN PROVIDED THE FARE RULE CONDITIONS OF THE HIGHER FARE ARE MET.
COLLECT THE FARE DIFFERENCE. CHANGE FEE IS WAIVED FOR UPGRADE TO HIGHER CABIN.
IF THE UPGRADED TICKET IS SUBSEQUENTLY CANCELLED THE ORIGINAL CHARGE WILL APPLY.

---

VOLUNTARY DOWNGRADE - NO REFUNDS IN CASE OF VOLUNTARY DOWNGRADE.

---

PENALTY FEE APPLICATION
1.ANY TIME WHEN THIS FARE IS COMBINED WITH ANOTHER FARE AND ONLY ONE FARE COMPONENT IS CHANGED THE PENALTY CONDITIONS OF THE CHANGED FARE COMPONENT WILL APPLY.
2.ANY TIME WHEN MORE THAN ONE FARE COMPONENT IS BEING CHANGED THE HIGHEST PENALTY OF ALL CHANGED FARE COMPONENTS WILL APPLY.

---

REPRICING CONDITIONS
ONE FREE DATE CHANGE FOR INBOUND JOURNEY PERMITTED IF OUTSIDE SYSTEM RANGE AT TIME OF TICKETING APPLICABLE ONLY IF REISSUED BEFORE DEPARTURE. FARE DIFFERENCE MAY APPLY DEPENDING ON AVAILABILITY AT TIME OF CHANGE - REFER CAPACITY LIMITATIONS. NO REISSUE FEE APPLIES IF DATE CHANGE AND FARE DIFFERENCE COMPLETED IN SAME TRANSACTION.
A.BEFORE DEPARTURE / FULLY UNUTILISED TICKETS
IN THE EVENT OF VOLUNTARY CHANGES TO ANY FLIGHT/DATE ON THE ITINERARY TICKET HAS TO BE REISSUED TO FARE OF EQUIVALENT OR HIGHER VALUE AND COLLECT ANY FARE DIFFERENCE AS AN ADC. THE FARES FOR THE PASSENGER JOURNEY SHALL BE RECALCULATED FROM THE POINT OF ORIGIN BASEDON THE DATE OF REISSUE.CHANGE FEES IF ANY TO BE COLLECTED AS PER THE ORIGINAL FARE PAID AND SHOWN ON TICKET AS AN

OD TAX PLUS ANY ADDITIONAL TAXES.
B.AFTER DEPARTURE / PARTIALLY UTILISED TICKETS
AFTER COMMENCEMENT OF THE FIRST SECTOR OF THE JOURNEY OR THE JOURNEY PERFORMED TILL THE TURNAROUND / FARE BREAK POINT.
IN THE EVENT OF VOLUNTARY CHANGES AFTER COMMENCEMENT OF TRAVEL THE FARES FOR THE PASSENGER JOURNEY SHALL BE RECALCULATED FROM THE POINT OF ORIGIN IN ACCORDANCE WITH THE FARES IN EFFECT ON THE DATE OF ISSUE OF THE TICKET USED FOR THE OUTBOUND FLIGHT AND COLLECT ANY FARE DIFFERENCE
AS AN ADC PLUS THE APPLICABLE CHANGE FEE FOR THE TICKETED FARE AS OD TAX PLUS ANY ADDITIONAL TAXES ON THE NEW TICKET. NEW TICKET TO BE RE-ISSUED TO FARE OF EQUIVALENT OR HIGHER VALUE.

---

CANCELLATION / REFUNDS
1.CANCELLATION /REFUND FEES ARE NOT COMMISSIONABLE
2.CANCELLATION FEE DOES NOT APPLY TO INFANT NOT OCCUPYING A SEAT.
3.THE DISTRIBUTION SURCHARGE YR WILL ONLY BE REFUNDABLE FOR FULLY UNUTILIZED TICKETS. IN ALL OTHER SCENARIOS THE SURCHARGE IS NON-REFUNDABLE
4.THE DISTRIBUTION SURCHARGE YR REFUND WILL BE MADE TO THE ORIGINAL FORM OF PAYMENT

---

WAIVERS
1.WAIVED FOR DEATH OF PASSENGER OR FAMILY MEMBER. A COPY OF VALID DEATH CERTIFICATE ISSUED BY A COMPETENT MEDICAL AUTHORITY IS REQUIRED.
FAMILY MEMBERS AS DEFINED IN EK CONDITIONS OF CARRIAGE OR PASSENGER AIRLINE TARIFF RULE BOOK.
2.NO WAIVER APPLICABLE FOR ILLNESS OF PASSENGER OR FAMILY MEMBER.
3.CONTACT EK LOCAL OFFICE FOR WAIVERS DEFINED ABOVE.

---

CANCELLATION / REFUNDS AGAINST NO SHOW.
... A NO-SHOW FOR A FLIGHT IS CONSIDERED WHEN A PASSENGER FAILS TO REPORT TO THE AIRPORT AS BOOKED ONE HOUR BEFORE DEPARTURE OF THE SCHEDULED FLIGHT OR FAILS TO OCCUPY THE SEAT OF THE SCHEDULED FLIGHT OR FAILS TO REISSUE OR REFUND ONE HOUR BEFORE DEPARTURE OF THE SCHEDULED FLIGHT.
... FAILURE TO UTILISED TICKET AS BOOKED ON ANY SEGMENT OF THE ITINERARY WILL RESULT IN ALL SUBSEQUENT SEGMENTS OF THE ITINERARY BEING CANCELLED. IN SUCH CASES ONLY NO-SHOW FEE WILL APPLY AND NOT BOTH.
... NO SHOW FEE IS NON COMMISSIONABLE.

---

CANCELLATION/REFUNDS FOR CABIN UPGRADED TICKETS-
IF THE UPGRADED TICKET IS SUBSEQUENTLY CANCELLED THE PENALTY CHARGE OF ORIGINAL FARES WILL APPLY.
IN ADDITION TO THE ABOVE -
- REFUND AGAINST UPGRADES WHERE ORIGINAL FARE IS NON-REFUNDABLE AND NEW FARE IS REFUNDABLE ONLY THE ADC AMOUNT AND REFUNDABLE TAXES CAN BE REIMBURSED.
- REFUND AGAINST UPGRADES WHERE ORIGINAL FARE IS REFUNDABLE AND NEW FARE IS NON-REFUNDABLE ORIGINAL FARE PLUS CARRIER IMPOSED FEE AND REFUNDABLE TAXES CAN BE REFUNDED

---

OUT OF SEQUENCE TICKETS -
ANYTIME TICKETS IS UTILIZED OUT OF SEQUENCE NO REFUND WILL BE GIVEN AND/OR CARRIER IMPOSED SURCHARGE - YQ/YR.

---

A.WHEN OUTBOUND AND INBOUND FARES ARE REFUNDABLE.
WHEN COMBINING FARES THAT HAVE CANCELLATION FEES THE HIGHEST CANCELLATION FEE OF EACH CANCELLED PRICING UNIT APPLIES.
A1.BEFORE DEPARTURE / FULLY UNUTILISED TICKETS
- DEDUCT THE APPLICABLE HIGHEST CANCELLATION FEE

FROM THE TOTAL OF THE BASE FARE AND CARRIER IMPOSED SURCHARGE YQ/YR.
- THE DISTRIBUTION SURCHARGE YR WILL ONLY BE REFUNDABLE FOR FULLY UNUTILISED TICKETS. IN ALL OTHER SCENARIOS THE SURCHARGE IS NON-REFUNDABLE.
- REFUND THE RESIDUAL AMOUNT ALONG WITH THE REFUNDABLE GOVERNMENT TAXES
- CARRIER IMPOSED SERVICE FEE 6A THROUGH 6Y ARE NOT REFUNDABLE.

A2.AFTER DEPARTURE / PARTIALLY UTILISED TICKETS - AFTER COMMENCEMENT OF THE FIRST SECTOR OF THE JOURNEY.

RETURN JOURNEY
- DEDUCT THE OW FARE OF EQUAL OR HIGHER AMOUNT THAN THE FARE PAID FOR THE COMPONENT FOR WHICH JOURNEY HAS BEEN PERFORMED IN THE SAME OR NEXT HIGHER RBD
- CHARGE THE APPLICABLE CANCELLATION FEE AND THE CARRIER-IMPOSED SURCHARGE - YQ FOR THE COMPONENT FOR WHICH JOURNEY HAS BEEN PERFORMED. DEDUCT NON-REFUNDABLE TAXES.
- REFUND UNUTILISED GOVERNMENT TAXES FOR THE UNUSED PORTION/SECTOR OF THE JOURNEY.
- NO REFUND OF FARE AND CARRIER-IMPOSED SURCHARGES YQ IF THE UTILISED OW COMPONENT FARE IS GREATER THAN THE TICKETED FARE.
- NO REFUND OF FARE AND CARRIER-IMPOSED SURCHARGE YQ IF JOURNEY PERFORMED BEYOND THE TURNAROUND/FARE BREAK POINT.
- CARRIER-IMPOSED SURCHARGE YR AND SERVICE FEE 6A THROUGH 6Y IS NOT REFUNDABLE.

ONE-WAY JOURNEY
- NO REFUND OF FARE AND CARRIER-IMPOSED SURCHARGE YQ/YR AND SERVICE FEE 6A THROUGH 6Y AFTER COMMENCEMENT OF THE FIRST SECTOR OF THE JOURNEY
- REFUND UNUTILISED GOVERNMENT TAXES FOR THE UNUSED PORTION/SECTOR OF THE JOURNEY.

---

B.WHEN OUTBOUND AND INBOUND FARES ARE NON - REFUNDABLE.
- NO REFUND OF FARE AND CARRIER-IMPOSED SURCHARGE YQ AND SERVICE FEE 6A THROUGH 6Y.
- DEDUCT NON-REFUNDABLE TAXES.
- THE DISTRIBUTION SURCHARGE YR WILL ONLY BE REFUNDABLE FOR FULLY UNUTILISED TICKETS. IN ALL OTHER SCENARIOS THE SURCHARGE IS NON-REFUNDABLE.

---

C.COMBINATION OF REFUNDABLE AND NON-REFUNDABLE FARES.

1.BEFORE DEPARTURE/FULLY UNUTILISED TICKETS.
- DEDUCT THE NON-REFUNDABLE FARE PAID HALF RT AND THE CANCELLATION FEE OF THE REFUNDABLE FARE.
- DEDUCT YQ OF NON-REFUNDABLE COMPONENT.
- DEDUCT NON-REFUNDABLE TAXES
- SERVICE FEE 6A THROUGH 6Y ARE NON-REFUNDABLE.
- THE DISTRIBUTION SURCHARGE YR WILL ONLY BE REFUNDABLE FOR FULLY UNUTILISED TICKETS. IN ALL OTHER SCENARIOS THE SURCHARGE IS NON-REFUNDABLE.

2.AFTER DEPARTURE / PARTIALLY UTILISED TICKETS - AFTER COMMENCEMENT OF THE FIRST SECTOR OF THE JOURNEY.

2.1 IF OUTBOUND FARE COMPONENT IS NON-REFUNDABLE.
- DEDUCT THE OW CARRIER-IMPOSED FEES YQ AND FARE OF EQUAL OR HIGHER AMOUNT THAN THE FARE PAID FOR THE COMPONENT FOR WHICH JOURNEY HAS BEEN PERFORMED IN THE SAME OR NEXT HIGHER RBD
- DEDUCT THE CANCELLATION FEE OF THE REFUNDABLE FARE.
- DEDUCT NON-REFUNDABLE TAXES
- CARRIER IMPOSED FEES - YR AND SERVICE FEE 6A THROUGH 6Y ARE NON-REFUNDABLE.
- NO REFUND OF FARE AND CARRIER IMPOSED FEES YQ IF THE UTILISED OW FARE IS GREATER THAN THE TICKETED FARE.

2.2 IF INBOUND FARE COMPONENT IS NON-REFUNDABLE.
- NO REFUND OF THE FARE AND CARRIER IMPOSED FEES YQ /YR AND SERVICE FEE 6A THROUGH 6Y.
- DEDUCT NON-REFUNDABLE TAXES.

- NO REFUND OF FARE AND CARRIER-IMPOSED SURCHARGE YQ/YR AND SERVICE FEE 6A THROUGH 6Y IF JOURNEY PERFORMED BEYOND THE TURNAROUND/FARE BREAK POINT.

---

**SURCHARGES :**

BETWEEN AREA 1 AND UNITED ARAB EMIRATES
OUTBOUND -
A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FROM 13DEC THROUGH 22DEC. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON THU/ FRI/SAT. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 100.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL WHEN TRAVEL IS TO/FROM/VIA MIL/ATH. APPLIES PER ADULT. CHILD/ INFANT DISCOUNTS APPLY.
INBOUND -
A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN DXB AND DFW FROM 24JUL THROUGH 10AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN DXB AND HOU FROM 24JUL THROUGH 16AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN DXB AND LAX FROM 31JUL THROUGH 20AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN DXB AND ORL FROM 24JUL THROUGH 09AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN DXB AND MCO FROM 24JUL THROUGH 09AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN DXB AND CHI FROM 25JUL THROUGH 16AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN DXB AND SFO FROM 30JUL THROUGH 16AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN DXB AND NYC FROM 14AUG THROUGH 23AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN DXB AND EWR FROM 14AUG THROUGH 23AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN DXB AND BOS FROM 14AUG THROUGH 30AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN DXB AND WAS FROM 07AUG THROUGH 23AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN DXB AND SEA FROM 06AUG THROUGH 23AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.

AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN DXB AND MIA FROM 25JUL THROUGH 14AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN ATH AND NYC FROM 14AUG THROUGH 23AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN MIL AND NYC FROM 14AUG THROUGH 23AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN ATH AND EWR FROM 14AUG THROUGH 23AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN MIL AND EWR FROM 14AUG THROUGH 23AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 50.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL ON SAT/ SUN. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
FROM/TO THE UNITED STATES FOR ALL ECONOMY CABIN FARE TYPES FARES
THE PROVISIONS BELOW APPLY ONLY AS FOLLOWS -
TICKETS MAY ONLY BE SOLD IN BANGLADESH/TURKIYE.
A SURCHARGE OF 9 PERCENT OF THE FARE PER TICKET WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - A SURCHARGE OF USD 450.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN EUROPE AND AREA 1. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
PROVIDED TRAVEL IS ON ONE OR MORE OF THE FOLLOWING
ANY VS FLIGHT OPERATED BY VS
ANY LH FLIGHT OPERATED BY LH
ANY LX FLIGHT OPERATED BY LX
ANY AC FLIGHT OPERATED BY AC
ANY WS FLIGHT OPERATED BY WS
ANY EK FLIGHT OPERATED BY VS
ANY EK FLIGHT OPERATED BY LH
ANY EK FLIGHT OPERATED BY LX
ANY EK FLIGHT OPERATED BY AC
ANY EK FLIGHT OPERATED BY WS
ANY EK FLIGHT OPERATED BY TP
ANY TP FLIGHT OPERATED BY TP
ANY AV FLIGHT OPERATED BY AV
ANY AV FLIGHT OPERATED BY TA
ANY AV FLIGHT OPERATED BY LR
ANY AV FLIGHT OPERATED BY 2K
ANY AR FLIGHT OPERATED BY AR.
AND - A SURCHARGE OF USD 375.00 PER DIRECTION WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN ATH AND DXB. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
PROVIDED TRAVEL IS ON ONE OR MORE OF THE FOLLOWING
ANY EK FLIGHT OPERATED BY A3
ANY EK FLIGHT OPERATED BY OA.
AND - OUTBOUND -
A SURCHARGE OF 2 PERCENT OF THE PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FROM 26JUN THROUGH 08AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - INBOUND -
A SURCHARGE OF 2 PERCENT OF THE PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FROM 30JUL THROUGH 31AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.
AND - OUTBOUND -
A SURCHARGE OF 2 PERCENT OF THE PER FARE COMPONENT WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FROM 11DEC THROUGH 23DEC. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS APPLY.

AND - INBOUND -
A SURCHARGE OF 2 PERCENT OF THE PER FARE COMPONENT
WILL BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FROM
01JAN THROUGH 12JAN. APPLIES PER ADULT. CHILD/INFANT
DISCOUNTS APPLY.
A SURCHARGE OF USD 450.00 PER DIRECTION WILL BE ADDED TO
THE APPLICABLE FARE FOR TRAVEL FOR ANY SECTOR BETWEEN
EUROPE AND AREA 1. APPLIES PER ADULT. CHILD/INFANT
DISCOUNTS APPLY.
PROVIDED TRAVEL IS ON ONE OR MORE OF THE FOLLOWING
ANY VS FLIGHT OPERATED BY VS
ANY LH FLIGHT OPERATED BY LH
ANY LX FLIGHT OPERATED BY LX
ANY AC FLIGHT OPERATED BY AC
ANY WS FLIGHT OPERATED BY WS
ANY EK FLIGHT OPERATED BY VS
ANY EK FLIGHT OPERATED BY LH
ANY EK FLIGHT OPERATED BY LX
ANY EK FLIGHT OPERATED BY AC
ANY EK FLIGHT OPERATED BY WS
ANY EK FLIGHT OPERATED BY TP
ANY TP FLIGHT OPERATED BY TP
ANY AV FLIGHT OPERATED BY AV
ANY AV FLIGHT OPERATED BY TA
ANY AV FLIGHT OPERATED BY LR
ANY AV FLIGHT OPERATED BY 2K
ANY AR FLIGHT OPERATED BY AR.
AND - A SURCHARGE OF USD 375.00 PER DIRECTION WILL BE
ADDED TO THE APPLICABLE FARE FOR TRAVEL FOR ANY
SECTOR BETWEEN ATH AND DXB. APPLIES PER ADULT.
CHILD/INFANT DISCOUNTS APPLY.
PROVIDED TRAVEL IS ON ONE OR MORE OF THE FOLLOWING
ANY EK FLIGHT OPERATED BY A3
ANY EK FLIGHT OPERATED BY OA.
AND - OUTBOUND -
A SURCHARGE OF 2 PERCENT OF THE PER FARE COMPONENT WILL
BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FROM 26JUN
THROUGH 08AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS
APPLY.
AND - INBOUND -
A SURCHARGE OF 2 PERCENT OF THE PER FARE COMPONENT WILL
BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FROM 30JUL
THROUGH 31AUG. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS
APPLY.
AND - OUTBOUND -
A SURCHARGE OF 2 PERCENT OF THE PER FARE COMPONENT WILL
BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FROM 11DEC
THROUGH 23DEC. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS
APPLY.
AND - INBOUND -
A SURCHARGE OF 2 PERCENT OF THE PER FARE COMPONENT WILL
BE ADDED TO THE APPLICABLE FARE FOR TRAVEL FROM 01JAN
THROUGH 12JAN. APPLIES PER ADULT. CHILD/INFANT DISCOUNTS
APPLY.

Ex.B

Emirates

# Ticket & receipt

Ticket number: 176 2204352960
Scan the bar code or use the ticket number above at the self check-in points in the airport.

Passenger name
CAMPBELL/
RAMONMR

Issued by / Date
AGT 86491845 AE
04JAN2026EKWWWWW DUBAI / EMIRATES IBE

**Your booking reference: KCRT6W**

Your ticket is stored in our booking system. This receipt is your record of your ticket and is part of your conditions of carriage. For more information you can read the notices and conditions of carriage.

You might need to show this receipt to enter the airport or to prove your return or onwards travel to immigration.

Check with your departure airport for restrictions on the carriage of liquids, aerosols and gels in hand baggage and check your visa requirements.

Please check our Dangerous Goods information to find out what you can and can't bring on board. Some substances and certain items are restricted, like portable electronic devices, spare batteries or smart bags.

| Check in online, or | 90 minutes | 60 minutes | 45 minutes |
|---|---|---|---|
| Check in at the airport. At most airports you need to arrive **3 hours** before departure, but it can be up to **4 hours** to complete all the travel requirements. Please check the best time to arrive for your journey below. | 90 minutes before take-off go through passport control. | 60 minutes before take-off be ready at the gate (Premium Economy, Economy Class). | 45 minutes before take-off be ready at the gate (First Class, Business Class). |

## Your travel information

All times shown are local for each city

**Departing » From El Paso, United States**

**Leg 1 of 4** | El Paso (ELP) to Houston (IAH) | Operated by United Airlines Inc. (equipment owner - Mesa Airlines)

| Flight | Check-in at | Departure | |
|---|---|---|---|
| **EK 6062** **UA4002** Economy Saver | | 21Jan2026 **12:15** | **EL PASO** Departing ELP, El Paso International Airport |

| Seat | Status | Arrival | |
|---|---|---|---|
| | Confirmed | 21Jan2026 **15:15** | **HOUSTON** Arriving IAH, George Bush Intercontinental Airport Terminal B |

Coupon validity: not before 21Jan2026 / not after 21Jan2026 Baggage 2Piece

**Leg 2 of 4** | Houston (IAH) to Dubai (DXB) | Operated by Emirates (equipment owner - Emirates)

| Flight | Check-in at | Departure | |
|---|---|---|---|
| **EK 212** Economy Saver | 21Jan2026 **15:10** | 21Jan2026 **19:10** | **HOUSTON** Departing IAH, George Bush Intercontinental Airport Terminal D |

| Seat | Status | Arrival | |
|---|---|---|---|
| | Confirmed | 22Jan2026 **19:45** | **DUBAI** Arriving DXB, Dubai International Airport Terminal 3 |

Coupon validity: not before 21Jan2026 / not after 21Jan2026 Baggage 2Piece

Emirates

Ticket number: 176 2204352960
Scan the bar code or use the ticket number above at the self check-in points in the airport.

## Your travel information

All times shown are local for each city

**Departing » From Dubai, United Arab Emirates**

**Leg 3 of 4** | Dubai (DXB) to Houston (IAH) | Operated by Emirates (equipment owner - Emirates)

| Flight | Check-in at | Departure | | |
|---|---|---|---|---|
| **EK 211** Economy Saver | 29Jan2026 **06:45** | 29Jan2026 **09:45** | **DUBAI** | Departing DXB, Dubai International Airport, Terminal 3 |

| Seat | Status | Arrival | | |
|---|---|---|---|---|
| | Confirmed | 29Jan2026 **16:20** | **HOUSTON** | Arriving IAH, George Bush Intercontinental Airport, Terminal E |

Coupon validity: not before 29Jan2026 / not after 29Jan2026 — Baggage 2Piece

**Leg 4 of 4** | Houston (IAH) to El Paso (ELP) | Operated by United Airlines Inc. (equipment owner - Mesa Airlines)

| Flight | Check-in at | Departure | | |
|---|---|---|---|---|
| **EK 6105** **UA4009** Economy Saver | 29Jan2026 **16:04** | 29Jan2026 **20:04** | **HOUSTON** | Departing IAH, George Bush Intercontinental Airport, Terminal B |

| Seat | Status | Arrival | | |
|---|---|---|---|---|
| | Confirmed | 29Jan2026 **21:18** | **EL PASO** | Arriving ELP, El Paso International Airport |

Coupon validity: not before 29Jan2026 / not after 29Jan2026 — Baggage 2Piece

## Fare information

| Fare | Equivalent fare | Taxes / Fees / Charges (TFC) | Total fare (Incl. TFC) | Form of payment |
|---|---|---|---|---|
| USD833 | - | USD346.00-YQ USD20.40-AE USD11.20-AY USD12.30-F6 USD1.40-TP USD46.80-US USD3.84-XA USD13.50-XF USD7.00-XY USD7.39-YC USD2.80-ZR | USD1305.63 | CREDIT CARD |

**Fare calculation**
ELP EK X/HOU EK DXB416.50LLEIPUS4/EOL4 EK X/HOU EKELP416.50LLEIPUS4/EOL4 NUC833.00 ZPELP0IAH0 XF ELPUSD4.5IAH4.5IAH4.5END ROE1.000000

**Additional information**
NON-END/SAVER/REWARD UPGDS ALLOWED

Emirates

Ticket number: 176 2204352960
Scan the bar code or use the ticket number above at the self check-in points in the airport.

## Baggage allowance

| Passenger type | Route | Baggage allowance |
|---|---|---|
| ADULT | EK ELPDXB 2PC | BAG 1 NO FEE UPTO50LB 23KG MAX59IN 150CM<br>BAG 2 NO FEE UPTO50LB 23KG MAX59IN 150CM<br>BAG 3 225.00 USD UPTO50LB 23KG MAX59IN 150CM<br>HTTPS://WWW.EMIRATES.COM/ENGLISH/BEFORE-YOU-FLY/BAGGAGE/ |

| Passenger type | Route | Baggage allowance |
|---|---|---|
| ADULT | EK DXBELP 2PC | BAG 1 NO FEE UPTO50LB 23KG MAX59IN 150CM<br>BAG 2 NO FEE UPTO50LB 23KG MAX59IN 150CM<br>BAG 3 225.00 USD UPTO50LB 23KG MAX59IN 150CM<br>HTTPS://WWW.EMIRATES.COM/ENGLISH/BEFORE-YOU-FLY/BAGGAGE/ |

| Passenger type | Route | Carry on baggage |
|---|---|---|
| ADULT | YV ELPIAH 1PC | BAG 1 NO FEE CARRY ON UP TO 45 LI |

| Passenger type | Route | Carry on baggage |
|---|---|---|
| ADULT | EK IAHDXB 1PC | BAG 1 NO FEE CARRY7KG 15LB UPTO45LI 115LCM |

| Passenger type | Route | Carry on baggage |
|---|---|---|
| ADULT | EK DXBIAH 1PC | BAG 1 NO FEE CARRY7KG 15LB UPTO45LI 115LCM |

| Passenger type | Route | Carry on baggage |
|---|---|---|
| ADULT | YV IAHELP 1PC | BAG 1 NO FEE CARRY ON UP TO 45 LI |

If you go over the baggage allowance you may be charged. If you purchase extra baggage on emirates.com, you could get a discount. Alternatively you can pay for any extra baggage charges at check-in. For more information please visit our baggage section.

# Hazardous materials and substance control policy

The carriage of certain hazardous materials like aerosols, fireworks and inflammable liquids aboard the aircraft is forbidden. Personal motorised vehicles such as hoverboards, mini-Segways and smart or self-balancing wheels, are also forbidden on our flights as they contain large lithium batteries. For safety reasons, we can't accept these as part of checked-in baggage or as hand luggage. If you do not understand this restriction, further information may be obtained from your airline.

**The United Arab Emirates (UAE) has a very strict, zero-tolerance, anti-drugs policy. All airports within the UAE conduct thorough searches using highly sensitive equipment. Possession of any amounts of illegal drugs by travellers entering or transiting the UAE will be subject to punishment.**

# Emirates cabin baggage allowances

**Economy Class:**

One piece of carry-on baggage is permitted with maximum dimensions: 55 x 38 x 22cm (22 x 15 x 8 inches) and maximum weight: 7kg (15lb).

Note: If you're boarding in India, your carry-on baggage may not exceed 115cm or 45.3 inches (length + width + height). If your itinerary originates from Brazil, you're allowed a carry-on weighing 10kg (22lb).

**Premium Economy:**

One piece of carry-on baggage is permitted with maximum dimensions: 55 x 38 x 22cm (22 x 15 x 8 inches) and maximum weight: 10kg (22lb).

Note: If you're boarding in India, your carry-on baggage may not exceed 115cm or 45.3 inches (length + width + height).

**First Class and Business Class:**

Two pieces of carry-on baggage permitted: one briefcase plus either one handbag or one garment bag. The briefcase may not exceed 45 x 35 x 20cm (18 x 14 x 8 inches); the handbag may not exceed 55 x 38 x 22cm (22 x 15 x 8 inches); the garment bag can be no more than 20cm (8 inches) thick when folded. The weight of each piece must not exceed 7kg (15lb). The total combined weight of both pieces may not be more than 14kg (30lb).

Infants in all cabin classes are permitted one checked-in bag: maximum weight 23kg (50lb) with total dimensions (length + width + height) not exceeding 115cm (45 inches) and one carry-on bag for inflight food and disposable items (weight not to exceed 5kg (11lb) and maximum dimensions: 55 x 38 x 22cm (22 x 15 x 8 inches).

Emirates

Ticket number: 176 2204352960

Scan the bar code or use the ticket number above at the self check-in points in the airport.

Ticket number:176 2204352960

Scan the bar code or use the ticket number above at the self check-in points in the airport.




## Inflight entertainment

Fall in love with a classic romance or immerse yourself in the latest edge-of-the-seat blockbuster - let our ice inflight entertainment take you to places you won't find on a map. Choose from over 6,500 channels of movies, TV shows and music from around the world and in multiple languages. Or challenge other passengers to a range of gripping games.

Ex. C

HFAX
1 OSI EK CTC M 19158457387
2 OSI EK CTC E TURBONIC//SBCGLOBAL.NET
3 OSI EK AIR PRICE USD1305.63
4 OSI EK CTC A 6005 ISABELLA DR
5 OSI EK CTC A US
6 OSI EK FULFILMENT - ETICKET - APPLEPAY
RMKS
1 SAVE/LOGIN USERID - 01023547254 WWWEKWW/04JAN26/000845Z
2 SAVE/WEB BOOKING WWWEKWW/04JAN26/000845Z
3 SAVE/IBE MODERNIZATION SITE MIPH WWWEKWW/04JAN26/000845Z
4 SAVE/DUB SITE WWWEKWW/04JAN26/000845Z
5 SAVE/US SITE/ENGLISH LANG WWWEKWW/04JAN26/000845Z
6 SAVE/CC HOLDER NAME - RAY CAMPBELL WWWEKWW/04JAN26/000851Z
7 SAVE/US DOT QUALIFIES FOR FULL RFND IF XLD WTHN 24HRS OF BKG WWWEKWW/04JAN26/000851Z
8 SAVE/SEAT KK TO HK BOMEKQ4/21JAN26/024532Z
9 SAVE/QUEUE ACTIONED FROM QUEUE NYC000 BOMEKQ4/21JAN26/024536Z
10 PAID SEAT PENDING WWWEKMB/21JAN26/235150Z
11 SAVE//**PLEASE BE ADVISED WHILE CHECK IN TIME UNABLE TO ISSUE THE IAHEKLS/22JAN26/005011Z
12 SAVE/BOARDING PASS STP PAX PASSPORT COPY AND UAE RESIDENCY CO PY IAHEKLS/22JAN26/005011Z
13 SAVE/SENT TO DXB IMMIGARTIONS FOR CLEARENCE STP IAHEKLS/22JAN 26/005011Z
14 SAVE/AS PER DXB IMMIGARTION PAX NOT OK TO BOARD STP IAHEKLS/2 2JAN26/005056Z
15 SAVE/SAME ADVZD TO PAX IAHEKLS/22JAN26/005103Z