FILED
2026 JAN 22 PM 4:14
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY DC
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

RAMON CAMPBELL,
Plaintiff,

v. **Civil Action No. EP-25-CV-260-LS**

MARCO RUBIO, in his official capacity
as Secretary of State, et al.,
Defendants.

**SUPPLEMENTAL DECLARATION OF RAMON CAMPBELL IN SUPPORT OF EMERGENCY MOTION FOR INJUNCTIVE RELIEF**

I, RAMON CAMPBELL, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

**I. INTRODUCTION AND PURPOSE**

1. I submit this Supplemental Declaration to provide the Court with concrete, documented facts regarding the catastrophic harm I have suffered—and continue to suffer—as a direct result of the passport marking requirement imposed under International Megan's Law. Since filing my original Complaint and preliminary declarations, I have been denied boarding on a flight to the United Arab Emirates after Dubai Immigration reviewed my passport and explicitly refused clearance, resulting in the destruction of my legal residency status, business operations, and investments totaling $180,000 across two countries.

2. Given the extraordinary and ongoing nature of the harm, I respectfully request that the Court give expedited consideration to Plaintiff's pending motions for injunctive relief.

**II. UNITED ARAB EMIRATES INVESTMENTS AND BUSINESS OPERATIONS**

3. In mid-2024, I researched international business opportunities in the United Arab Emirates (UAE). During my research, I learned about passport marking requirements under International Megan's Law. However, I determined that I could qualify for UAE investment programs based on the fact that my Texas criminal case was dismissed following successful completion of deferred adjudication, meaning I have no conviction. See Exhibit B (Certificate of Formation showing June 20, 2024 formation date).

4. Based on my understanding that I had no criminal conviction, I obtained UAE investor/partner visa status through the Sharjah Publishing City Free Zone (SPC Free Zone). I paid $10,000 for visas for myself and my business partner ($5,000 each). To qualify for investor status, I was required to invest a minimum of $100,000 in my UAE business operations. See Exhibit D (Share Certificate showing my 99% ownership interest valued at AED 99,000).

5. The SPC Free Zone guided me through the process of completing the requirements to operate a business in the UAE. Critically, the SPC Free Zone allowed me to proceed based on my status as having no criminal conviction. See Exhibit C (Business License issued by SPC Free Zone).

6. As part of my UAE investment and residency process, I obtained an Emirates ID, which is the official identification document for UAE residents. See Exhibit F (Emirates ID).

7. I established Genie Tech FZC LLC, a technology development company, in the SPC Free Zone. Genie Tech is my sole business entity in the UAE. The company is engaged in computer programming activities, software development, and database design. See Exhibit C (Business License listing activities).

8. I first traveled to the UAE in mid-2024 to establish my business operations. My total investment in Genie Tech FZC LLC, including required capital investment and business revenue through 2025, totals approximately $100,000.

9. My UAE business operations and government partnership support seven (7) individuals who depend on these operations for their residency status in the UAE. My residency was obtained due to my partnership with the UAE government through the SPC Free Zone. See Exhibit H (Establishment Card showing government registration).

10. As a condition of maintaining my UAE investor visa, business licenses, and Emirates ID, I am required to be physically present in the UAE every six (6) months for a minimum of one (1) week. This requirement is documented in my official paperwork submitted to UAE authorities.

11. On December 26, 2024, I executed a Board Resolution authorizing myself as Managing Member to conduct all banking operations for Genie Tech FZC LLC. See Exhibit I (Board Resolution). This authorization is now meaningless because I cannot access my UAE accounts.

**III. DENIAL OF BOARDING AND IMMEDIATE CONSEQUENCES**

12. On January 4, 2026, I purchased a roundtrip ticket on Emirates Airlines from El Paso, Texas to Dubai, UAE, departing January 21, 2026 and returning January 29, 2026. The total fare was $1,305.63. See Exhibit J (Emirates Ticket and Receipt, Booking Reference KCRT6W).

13. On January 21, 2026, I traveled from El Paso to Houston to board Emirates Flight EK 212 to Dubai. When I attempted to check in at George Bush Intercontinental Airport in Houston, the airline was unable to issue my boarding pass.

14. The airline's internal system records, which I have obtained, document exactly what happened. See Exhibit K (Airline System Record "NOT OKAY TO BOARD"). The records state:

a. "PLEASE BE ADVISED WHILE CHECK IN TIME UNABLE TO ISSUE THE BOARDING PASS";

b. "PAX PASSPORT COPY AND UAE RESIDENCY COPY";

c. "SENT TO DXB IMMIGARTIONS FOR CLEARENCE";

d. "AS PER DXB IMMIGARTION PAX NOT OK TO BOARD"; and

e. "SAME ADVZD TO PAX."

15. These records establish that: (a) the airline transmitted my passport and UAE residency documents to Dubai Immigration for pre-clearance; (b) Dubai Immigration reviewed my documents, including my marked passport; and (c) Dubai Immigration explicitly denied me clearance to board the flight. The denial was communicated to me at the airport.

16. Had I presented my previous, unmarked passport, I would have been cleared to board. The sole reason for Dubai Immigration's denial was the passport marking required by International Megan's Law, which falsely identifies me as a "convicted" sex offender.

17. As a direct result of this denial:

a. My Emirates ID has been cancelled—I can no longer access my Emirates ID online through the UAE government portal, which I was previously able to do;

b. My UAE residence visa has been revoked;

c. My UAE business licenses have been affected;

d. I am currently prohibited from entering the UAE; and

e. I have lost approximately $100,000 in UAE investments.

18. I can no longer access my personal or business bank accounts in the UAE. The UAE banking system requires a valid Emirates ID and physical presence to maintain account access. Because my Emirates ID has been revoked, I cannot obtain a UAE phone number (which requires valid identification), and without a UAE phone number, I cannot access mobile banking. I am completely locked out of all financial accounts I established in the UAE.

19. My UAE businesses cannot operate without my physical presence. The $100,000 loss is fixed and represents the total destruction of my UAE investment.

20. There is no way for me to recover my UAE investments. Because my business arrangement is a contract with the UAE government through the SPC Free Zone, they retain all investments upon termination of the relationship.

**IV. INDONESIA INVESTMENTS AND IMMINENT HARM**

21. In addition to my UAE investments, I have substantial business investments in Indonesia that are now at imminent risk of destruction due to the passport marking.

22. I am an investor and officer in Indonesia Estate Group, a PT (Indonesian limited liability company) being established in Bali, Indonesia. The company is engaged in real estate, management consulting, and visual communication design. See Exhibit A (Indonesia Estate Group Company Establishment Information).

23. I serve as Commissioner on the Board of Commissioners for Indonesia Estate Group. My business partner, Sandipan Chatterjee, an Indian national, serves as Director. Mr. Chatterjee is the same business partner with whom I established Genie Tech FZC LLC in the UAE.

24. My investment in Indonesia Estate Group totals approximately $80,000.

25. Indonesia, like the UAE, will deny me entry based on the passport marking. When this occurs, my $80,000 Indonesia investment will be destroyed, just as my UAE investment has been destroyed.

26. The company establishment documents for Indonesia Estate Group show my role, investment, and the requirement for my passport to be submitted as part of the corporate registration process. See Exhibit A (showing passport copy requirement). The marked passport will disclose the government's false statement that I am a "convicted" sex offender to Indonesian authorities and my business partner.

27. My business partner, Mr. Chatterjee, does not yet know about my situation. I have not informed him because I am hoping for judicial relief before this information destroys our business relationship and his trust in me.

**V. RELIANCE ON DISMISSED STATUS**

28. I made all of my international business investments—totaling $180,000—in reliance on the fact that I have no criminal conviction. My Texas case was dismissed in August 2016 following successful completion of ten years of deferred adjudication.

29. The UAE's SPC Free Zone and Indonesia's corporate registration process both allowed me to proceed based on my having no conviction. The passport marking imposed by International Megan's Law falsely communicates to foreign governments that I am a "convicted" sex offender, which is not true under Texas law.

**VI. SUMMARY OF QUANTIFIABLE DAMAGES**

30. The following table summarizes my quantifiable financial losses directly caused by the passport marking:

| Category | Country | Amount | Status |
|---|---|---|---|
| Genie Tech FZC LLC | UAE | $100,000 | LOST - Unrecoverable |
| Indonesia Estate Group | Indonesia | $80,000 | AT RISK - Imminent Loss |
| **TOTAL** | | **$180,000** | |

## VII. DIRECT CAUSATION

31. The harm I have suffered is directly and solely caused by the passport marking requirement imposed by the United States Government under International Megan's Law:

a. Dubai Immigration explicitly reviewed my passport and denied me clearance to board, as documented in the airline system records (Exhibit K);

b. I would have been admitted to the UAE with my previous unmarked passport;

c. I made all investments in reliance on having no criminal conviction; and

d. The government's compelled false statement—that I am a "convicted" sex offender—directly caused Dubai Immigration to deny me entry, which in turn destroyed my legal status, business operations, and access to all UAE financial accounts.

## VIII. IRREPARABLE HARM AND URGENCY

32. The harm I have suffered is irreparable:

a. My UAE investments cannot be recovered under any circumstances due to the contractual terms with the UAE government;

b. My UAE legal residency status has been permanently revoked;

c. I have lost all access to my UAE bank accounts and cannot even determine the current balance of funds that are now inaccessible to me;

d. Seven individuals have lost their residency status due to my inability to maintain operations; and

e. Each day that passes without relief increases the likelihood that my Indonesia investment will also be destroyed and that my business partner will learn of this situation through means other than my own disclosure.

33. Monetary damages cannot adequately compensate me for these losses because: (a) sovereign immunity bars damages claims against the United States for this type of harm; (b) the business relationships and government partnerships cannot be rebuilt once destroyed; and (c) the reputational harm from the false "convicted" designation cannot be undone.

## IX. CONCLUSION

34. The facts set forth in this declaration demonstrate that the passport marking has caused—and continues to cause—concrete, quantifiable, and irreparable harm. I have already lost $100,000 in UAE investments that cannot be recovered. An additional $80,000 in Indonesia investments faces imminent destruction. The total harm of $180,000 flows directly from the government's requirement that I carry a passport falsely identifying me as a "convicted" sex offender when my case was dismissed over nine years ago.

35. The airline system records (Exhibit K) provide irrefutable documentary evidence that Dubai Immigration reviewed my passport and specifically denied me clearance because of what they found. This is the direct, traceable harm that the passport marking was designed to cause—and it has worked exactly as intended, destroying my livelihood and business relationships in the process.

36. I respectfully urge the Court to give expedited consideration to the pending motions for injunctive relief in light of these extraordinary circumstances.

## X. AUTHENTICATION OF EXHIBITS

37. Attached hereto as Exhibits A through K are true and correct copies of the documents described herein. I have personal knowledge of each document and can authenticate each as follows:

a. Exhibit A (Indonesia Estate Group Company Establishment Information) is a true and correct copy of the company formation documents I submitted for my Indonesian business venture;

b. Exhibit B (Genie Tech FZC LLC Certificate of Formation) is a true and correct copy of the official certificate I received from the Sharjah Publishing City Free Zone Authority;

c. Exhibit C (Genie Tech FZC LLC Business License) is a true and correct copy of the business license issued to my company by the Sharjah Publishing City Free Zone Authority;

d. Exhibit D (Genie Tech FZC LLC Share Certificate) is a true and correct copy of the share certificate documenting my ownership interest in the company;

e. Exhibit E (UAE Investor/Partner Visa) is a true and correct copy of the investor visa issued to me by UAE authorities;

f. Exhibit F (Emirates ID) is a true and correct copy of my Emirates identification card issued by UAE authorities;

g. Exhibit G (UAE Residence Visa) is a true and correct copy of the residence visa issued to me by UAE authorities;

h. Exhibit H (Establishment Card) is a true and correct copy of the establishment card issued to Genie Tech FZC LLC by UAE authorities;

i. Exhibit I (Board Resolution) is a true and correct copy of the board resolution I executed on December 26, 2024;

j. Exhibit J (Emirates Airline Ticket and Receipt) is a true and correct copy of my airline ticket purchased on January 4, 2026; and

k. Exhibit K (Airline System Record) is a true and correct copy of the airline's internal booking system record that I obtained from Emirates Airlines documenting my denial of boarding on January 21-22, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2026, in El Paso, Texas.

RAMON CAMPBELL
Plaintiff, Pro Se
6005 Isabell Drive
El Paso, Texas 79912
Telephone: (915) 247-6173
Email: rayept@outlook.com

## COMPANY ESTABLISHMENT INFORMATION

**1. Name of PT to be established**

(provide 3 proposed names consist to of 3 word in English);

**a. Indonesia Estate Group**

**b.**

**2. Purpose and objectives ***

| KBLI Number | Description | Maximum Foreign Ownership | Licenses |
|---|---|---|---|
| **68111** | **OWNED OR RENTED REAL ESTATE** | | |
| **68200** | **REAL ESTATE ON THE BASIS OF FEES OR CONTRACTS** | | |
| **70209** | **OTHER MANAGEMENT CONSULTING ACTIVITIES** | | |
| **74130** | **VISUAL COMMUNICATION DESIGN/GRAPHIC DESIGN ACTIVITIES** | | |

**a. Capital Structure**

- Authorized capital: Rp. 10.010.000.000
- Paid-up capital: (min. Rp. 10.000.000.000,-)

**b. Names of shareholders and share percentages or amount**

1. Sandipan Chatterjee 10.000.000.000
2. Ramon Campbell 10.000.000
3.

etc

* at least 2 people

**c. Board of Management**

| Board of Directors | |
|---|---|
| Director | Sandipan Chatterjee |
| * can be more than 1 director<br>* can concurrently with shareholder<br>* cannot be concurrently with a commissioner<br>* If there is more than 1 director, please appoint the President Director | |
| board of Commissioners | |
| Commissioner | Ramon Campbell |
| * can be more than 1 commissioner<br>* can concurrently with shareholder<br>* cannot concurrently with the director<br>* If there is more than 1 Commissioner, please appoint the President Commissioner | |

**d. Domicile for the Company**

Address : Jl. Tunjung 1 No. 1 Pengubengan Kangin, Kerobokan Kelod, Kuta Utara, Badung-Bali

Company Phone number : -

**e. Email and Telephone Number of Directors and Board of Commissioners**

| Name | Telephone | Address | Email |
|---|---|---|---|
| Sandipan Chatterjee | +918617368299 | Nadiha Chatani Para Purulia West Bengal India 723102 | sandeep@logiclane.tech |
| Ramon Campbell | +19158457387 | 6005 Isabell Drive El Paso Texas USA 79912 | turbonic@sbcglobal.net |
| | | | |

**F. Scan/Copy of Passport (Foreigner)**


भारत गणराज्य REPUBLIC OF INDIA
Type
P
Country Code
IND
R1730653
Surname
CHATTERJEE
Given Name(s)
SANDIPAN
Nationality
भारतीय/INDIAN
Sex
M
27/10/1996
Place of Birth
PURULIA, WEST BENGAL
Place of Issue
KOLKATA
Date of Issue
25/07/2017
24/07/2027
CHATTERJEE<<SANDIPAN<<<<<<<<<<<<<<<<<<<<
05 FEB 2024


SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR
PASSPORT
THE UNITED STATES OF AMERICA
P
USA
A38240147
USA
CAMPBELL
RAMON
09 MAR 1983
M
TEXAS, U.S.A.
30 APR 2024
29 APR 2034
UNITED STATES DEPARTMENT OF STATE
P<USACAMPBELL<<RAMON<<<<<<<<<<<<<<<<<<<<<<<<
A382401479USA8303095M3404296553189303<387160

مدينة الشارقة للنشر
Sharjah Publishing City

Free Zone Authority
حكومة الشارقة
Government of Sharjah

# CERTIFICATE OF FORMATION

| | |
|---|---|
| **Company Name** | Genie Tech FZC LLC |
| **Company Address** | Business Centre,Sharjah Publishing City Free Zone, Sharjah, United Arab Emirates |
| **Formation Number** | 4413264 |
| **Formation Date** | 20/06/2024 |

This is to certify that on this date the company mentioned above is formed as a Limited Liability Company, and satisfied all the requirements under the laws, regulations, rules and policies of Sharjah Publishing City - Free Zone Authority.

وثيقة إلكترونية معتمدة صادرة دون توقيع من مدينة الشارقة للنشر - هيئة منطقة حرة. للتحقق من صحة هذه الوثيقة يرجى مسح رمز الاستجابة السريع أو زيارة الرابط:

Approved electronic document issued without signature by Sharjah Publishing City - Free Zone Authority. To verify this document kindly scan the QR Code or visit:

https://portal.spcfz.ae/web/mydocuments/dc/171888719726?d=TXpZNU56RT0=

CERTIFIED ISO 9001

Any alteration or change will void this document.

أي تعديل أو تغيير على هذه الوثيقة يجعلها لاغية.

02.02.4413264.01

مدينة الشارقة للنشر
Sharjah Publishing City

Free Zone Authority
حكومة الشارقة
Government of Sharjah

# BUSINESS LICENSE
# رخصة تجارية

| | | |
|---|---|---|
| **License No.** | 4413264.01 | **رخصة تجارية** |
| **Company Name**<br>Genie Tech FZC LLC | | **اسم الشركة**<br>جيني تيكش ش م ح ذ م م |
| **Formation Type**<br>Free zone company | | **نوع التأسيس**<br>شركة منطقة حرة |
| **Formation Number** | 4413264 | **رقم التأسيس** |
| **Company Address**<br>Business Centre,Sharjah Publishing City Free Zone, Sharjah, United Arab Emirates | | **عنوان الشركة**<br>مركز الأعمال، مدينة الشارقة للنشر-المنطقة الحرة، الشارقة، الإمارات العربية المتحدة |
| **License Formation Date** | 20/06/2024 | **تاريخ تأسيس الرخصة** |
| **License Expiry Date** | 19/06/2026 | **تاريخ الانتهاء** |
| **Manager(s)**<br>Sandipan Chatterjee Durgadas Chatterjee | | **المدير (المديرون)**<br>سانديبان تشاترجي دورجاداس تشاترجي |

| Activity(s) | Code | النشاط (الأنشطة) |
|---|---|---|
| Computer programming activities | 6201 | أنشطة البرمجة الحاسوبية |
| Designing the structure and content of, and/or writing the computer code necessary to create and implement: • Systems software (including updates and patches) • Software applications (including updates and patches) • Databases • Web pages | 6201.01 | تصميم هيكل ومحتوى و/أو كتابة الكود الحاسوبي اللازم لإنشاء وتنفيذ: • برامج الأنظمة (بما في ذلك التحديثات والتصحيحات) • تطبيقات البرامج (بما في ذلك التحديثات والتصحيحات) • قواعد البيانات • صفحات الويب |
| Customizing of software, i.e. modifying and configuring an existing application so that it is functional within the clients' information system environment | 6201.02 | تخصيص البرامج، أي تعديل وتكوين تطبيق موجود بحيث يعمل ضمن بيئة نظام معلومات العملاء |

وثيقة إلكترونية معتمدة صادرة دون توقيع من مدينة الشارقة للنشر - هيئة منطقة حرة. للتحقق من صحة هذه الوثيقة يرجى مسح رمز الاستجابة السريع أو زيارة الرابط:

**Approved electronic document issued without signature by Sharjah Publishing City - Free Zone Authority. To verify this document kindly scan the QR Code or visit:**

https://portal.spcfz.ae/web/mydocuments/dc/175148075766?d=TXpZNU9EZz0=

Issued by Sharjah Publishing City - Free Zone Authority and subject to all laws, regulations, rules and policy that are issued by the authority.

صادرة عن مدينة الشارقة للنشر - هيئة منطقة حرة وتخضع لكافة القوانين والأنظمة واللوائح التي تخص الهيئة.

CERTIFIED ISO 9001

**Any alteration or change will void this document.**
**03.001.02.4413264.01**

**أي تعديل أو تغيير على هذه الوثيقة يجعلها لاغية.**

مدينة الشارقة للنشر
Sharjah Publishing City

Free Zone Authority
حكومة الشارقة
Government of Sharjah

# BUSINESS LICENSE
# رخصة تجارية

| | | |
|---|---|---|
| Design and production of social networking programs | 6201.03 | تصميم وإنتاج برامج التواصل الإجتماعي |
| Designing the databases | 6201.04 | تصميم نظم قواعد البيانات |
| Cyber Security Architecture | 6201.05 | تصميم هيكلية الأمن الألكتروني |
| Network Websites Designing | 6201.06 | تصميم مواقع الشبكة المعلوماتية |
| Computer Systems and Software Designing | 6201.07 | تصميم نظم وبرامج الحاسب الألي |
| Electronic Chips Designing and Programing | 6201.08 | تصميم وبرمجة الرقائق الالكترونية |
| Electronic Equipment and Devices Systems and Software Designing | 6201.09 | تصميم نظم وبرامج المعدات والاجهزة الالكترونية |
| Social Media Applications Development & Management | 6201.10 | تطوير وإدارة تطبيقات التواصل الاجتماعي |
| Education and Training Computer Software | 6201.11 | التعليم والتدريب |
| Real Estate Consultancy | 6820.00 | الاستشارات العقارية |

وثيقة إلكترونية معتمدة صادرة دون توقيع من مدينة الشارقة للنشر - هيئة منطقة حرة. للتحقق من صحة هذه الوثيقة يرجى مسح رمز الاستجابة السريع أو زيارة الرابط:

**Approved electronic document issued without signature by Sharjah Publishing City - Free Zone Authority. To verify this document kindly scan the QR Code or visit:**

https://portal.spcfz.ae/web/mydocuments/dc/175148075766?d=TXpZNU9EZz0=

Issued by Sharjah Publishing City - Free Zone Authority and subject to all laws, regulations, rules and policy that are issued by the authority.

صادرة عن مدينة الشارقة للنشر - هيئة منطقة حرة وتخضع لكافة القوانين والأنظمة واللوائح التي تخص الهيئة.

**Any alteration or change will void this document.**
**03.001.02.4413264.01**



**أي تعديل أو تغيير على هذه الوثيقة يجعلها لاغية.**

مدينة الشارقة للنشر
Sharjah Publishing City

Free Zone Authority
حكومة الشارقة
Government of Sharjah

# SHARE CERTIFICATE

**Company Name** Genie Tech FZC LLC

**Formation Number** 4413264

**Shareholder(s) Details**

| Total Value of Shares | Value of Each Share | Number of Shares | Nationality | Passport Number | Name of the Shareholder |
|---|---|---|---|---|---|
| AED 99,000/- | AED 1,000/- | 99 | United States | A38240147 | Ramon Campbell |
| AED 1,000/- | AED 1,000/- | 1 | India | R1730653 | Sandipan Chatterjee Durgadas Chatterjee |

وثيقة إلكترونية معتمدة صادرة دون توقيع من مدينة الشارقة للنشر - هيئة منطقة حرة. للتحقق من صحة هذه الوثيقة يرجى مسح رمز الاستجابة السريع أو زيارة الرابط:

Approved electronic document issued without signature by Sharjah Publishing City - Free Zone Authority. To verify this document kindly scan the QR Code or visit:
https://portal.spcfz.ae/web/mydocuments/dc/171888719650?d=TXpZNU56RT0=

No transfer of the above-mentioned shares is permitted without the prior written approval of Sharjah Publishing City – Free Zone Authority.

لا يجوز تحويل الحصص المذكورة أعلاه دون موافقة خطية من قبل مدينة الشارقة للنشر - هيئة منطقة حرة.

Any alteration or change will void this document.

أي تعديل أو تغيير على هذه الوثيقة يجعلها لاغية.

04.02.4413264.01

الهيئـة الاتحاديـة للهويـة والجنسيـة والجمـارك وأمـن المنافـذ
FEDERAL AUTHORITY FOR IDENTITY, CITIZENSHIP, CUSTOMS & PORT SECURITY

United Arab Emirates

## eVisa - إذن دخول الكتروني



0 2 3 0 1 2 0 2 4 0 7 0 0 7 0 0 1 7

عمل/هـ

**EMPLOYMENT/IMM**

EXPO 2020 إكسبو
دبي الإمارات العربية المتحدة
DUBAI, UNITED ARAB EMIRATES

عام الخمسين
YEAR OF THE FIFTIETH
UAE

**ENTRY PERMIT NO** : 301 / 2024 / 7/0070017 : إذن دخول رقم

Date & Place of Issue : 05/08/2024 : تاريخ ومحل الاصدار

FEDERAL AUTHORITY FOR IDENTITY & CITIZENSHIP \SHARJAH — الهيئة الاتحادية للهوية والجنسية / الشارقة

U.I.D No : 245285640 : الرقم الموحد

Allowed to enter U.A.E to : : أجيز بدخول دولة الإمارات العربية المتحدة إلى

الاسم بالكامل : رامون كامبيل

Full Name : RAMON CAMPBELL

Nationality : UNITED STATES OF AMERICA — الجنسيـة : الولايات المتحدة الأمريكية

Place of Birth : TEXAS U S A — محل الميلاد : تكساس ا س ا

Date of Birth : 09/03/1983 : تاريخ الميلاد

Passport No : A38240147 / ORDINARY PASSPORT — رقم الجـواز : جواز سفر عادي / A38240147

Profession : PARTNER — المهنة : شريك

**Accompanied By** : : المرافقـون

**Employer** صاحب العمل

Name : GENIE TECH FZC LLC — الاسـم : جينى تيكش ش م ح ذ م م

Address : Per No : 309684 Tel No : 00971505824895 Mob No : 0505824895 P.O.Box : 73111 : العنوان

**Note** : The United Arab Emirates welcomes you and wishes you a happy stay. Please be sure to change your status or leave before the visa expires, so we can welcome you again

تنبيـــه : ترحب بك دولة الامارات العربية المتحدة وتتمنى لك إقامة سعيدة, ويرجى التأكد من تعديل الوضع او المغادرة قبل انتهاء فترة صلاحية التأشيرة لنتمكن من الترحيب بك مره اخرى

**Director of Entry & Residency Department** — مديـر إدارة أذونات الدخول والإقامة

**Fees Paid** — استوفيت الرسوم

**You can verify this visa through the following link** — يمكنك التأكد من صحة هذه التأشيرة عبر الرابط التالي:


EXHIBIT E
UNITED ARAB EMIRATES
FEDERAL AUTHORITY FOR IDENTITY & CITIZENSHIP
Resident Identity Card
ID Number /
784-1983-8007967-7
Name: RAMON CAMPBELL
Date Of Birth: 09/03/1983
Nationality: UNITED STATES OF AMERICA
Issuing Date /
09/08/2024
Expiry Date /
08/08/2026
Signature /
Sex: M
MALE
09/03


Card Number / رقم البطاقة
138679801
UAE
Occupation: PARTNER
Employer: GENIE TECH FZC LLC
Issuing Place: Sharjah
المهنة: شريك
صاحب العمل: جيني تيكنك ش م ح ذ م م
مكان الإصدار: الشارقة
If you find this card, please return it to the issuing organization or to the nearest police station
عند العثور على هذه البطاقة الرجاء إرجاعها إلى جهة إصدارها أو إلى أقرب مركز شرطة
ILARE1386798013784198380079677
8303095M2608086USA<<<<<<<<<<<6
CAMPBELL<<RAMON<<<<<<<<<<<<<<<

**EXHIBIT G**

دولة الامارات العربية المتحدة
**UNITED ARAB EMIRATES**

إقامــة
**RESIDENCE**

الهيئة الاتحادية للهوية والجنسية

رقم الهوية : 784198380079677
ID Number



جهة الإصدار : الشارقة
Place of Issue
SHARJAH

الملـــف : 301/2024/7/70017
File

عدد المرافقين :
Accompanied by

رقم الجواز : A38240147
Passport No

الاســـم : رامون كامبيل
Name
RAMON CAMPBELL

المهنة : شريك
Profession
PARTNER

صاحب العمل : جينى تيكش ش م ح ذ م م
Employer
GENIE TECH FZC LLC

تاريخ الانتهاء : 08/08/2026
Expiry Date

تاريخ إصدار الإقامة : 09/08/2024
Issue Date

التوقيع :
Sign.

تعتبر الاقامة لاغية اذا تجاوز حاملها الاقامة خارج دولة الامارات مدة ستة اشهر
Residence Permit becomes invalid if bearer resides out of the U.A.E. for more than six months.

**United Arab of Emirates**
FEDERAL AUTHORITY FOR
IDENTITY & CITIZENSHIP
\SHARJAH

EX. H

دولة الإمارات العربية المتحدة
الهيئة الاتحادية للهوية والجنسية / الشارقة

بطاقة منشأة

Number : 309684/6/301 : رقــــم

الاســـم : جيني تيكش ش م ح ذ م م

Name : GENIE TECH FZC LLC

النشــاط : نشاطات برمجة الكمبيوتر

Activity : Computer programming activities

الفئـــة :

المدير التنفيذي للإقامة وشؤون الأجانب
Executive Director of Residence and Foreign Affairs

Issue date : 25/7/2024 : تاريخ الإصدار

Expiry date : 24/7/2026 : تاريخ الانتهاء

| Signature / التوقيع | Adjective / الصفة | Name / الإسم | Number / الرقم |
|---|---|---|---|
|  | مخول بالتوقيع<br>AUTHORIZED | احمد ابراهيم سلطان ركاض العامرى<br>AHMED IBRAHIM SULTAN RAKAD ALAMERI | 361555 |
|  | مخول بالتوقيع<br>AUTHORIZED | احمد محمد احمد على المحمود<br>AHMED MOHAMED AHMED ALI ALMAHMOUD | 521221 |

| | | | |
|---|---|---|---|
|  | مخول بالتوقيع<br>AUTHORIZED | احمد ابراهيم سلطان ركاض العامرى<br>AHMED IBRAHIM SULTAN RAKAD ALAMERI | 361555 |
|  | مخول بالتوقيع<br>AUTHORIZED | بدر محمد عبدالرحمن صعب ال على<br>BADER MOHAMMED ABDULRAHMAN SAAB AL-ALI | 84460 |

| | | | |
|---|---|---|---|
|  | مخول بالتوقيع<br>AUTHORIZED | اسراء محمد حسن رستم غلوم<br>ESRA MOHAMED HASSAN RUSTOUM GHULOUM | 546089 |
|  | مخول بالتوقيع<br>AUTHORIZED | محمد نور حرسي<br>MOHAMED NOOR HERSI | 3371250 |

| | | | |
|---|---|---|---|
|  | مخول بالتوقيع<br>AUTHORIZED | منصور محمد حسن محمد على<br>MOHAMED HASSAN MOHAMED ALI | 382105 |

**EXHIBIT I**

# BOARD RESOLUTION OF GENIE TECH FZC LLC

Board Meeting of the Director of **Genie Tech FZC LLC** held at
_______Zoom_______ (address) on _______12/26/2024_______, 2024.

Resolved that Ramon Campbell has been authorized:

1. To sign and execute on behalf of the Company, **Genie Tech FZC LLC,** all necessary documents/papers to open, operate and close bank accounts, borrow money and to sign drawing instruments, credit instruments, guarantees, securities and other relevant documents required for availing banking facilities.

2. To mortgage, pledge, lien or otherwise charge all or any of the assets of the Company and to execute thereby the relevant security documents relating to the mortgage, pledge, or charge of such assets for securing any advances to the company or any liabilities of the Company to the Bank.

3. To avail online banking facility by signing relevant documents like online application etc.

4. To sub – delegate powers as mentioned in paragraph (1,2 and 3) above to the other person(s) as and when he/she feels necessary.

5. That foregoing resolution ratifies the action of all previous security documents signed in the past by the above authorized signatory of the persons delegated by him/her and the same will remain in force until receipt by the respective bank of a duly certified copy of the resolution rescinding or amending the same.

Executed this ____ day of _____12/26/2024_____ 2024.

Ramon Campbell

______________________________

Ramon Campbell, Managing Member

EXHIBIT J

Emirates

# Ticket & receipt

Ticket number: 176 2204352960
Scan the bar code or use the ticket number above at the self check-in points in the airport.

Passenger name
CAMPBELL/
RAMONMR

Issued by / Date
AGT 86491845 AE
04JAN2026EKWWWWW DUBAI / EMIRATES IBE

**Your booking reference: KCRT6W**

Your ticket is stored in our booking system. This receipt is your record of your ticket and is part of your conditions of carriage. For more information you can read the notices and conditions of carriage.

You might need to show this receipt to enter the airport or to prove your return or onwards travel to immigration.

Check with your departure airport for restrictions on the carriage of liquids, aerosols and gels in hand baggage and check your visa requirements.

Please check our Dangerous Goods information to find out what you can and can't bring on board. Some substances and certain items are restricted, like portable electronic devices, spare batteries or smart bags.

| Check in online, or | 90 minutes | 60 minutes | 45 minutes |
|---|---|---|---|
| Check in at the airport. At most airports you need to arrive **3 hours** before departure, but it can be up to **4 hours** to complete all the travel requirements. Please check the best time to arrive for your journey below. | 90 minutes before take-off go through passport control. | 60 minutes before take-off be ready at the gate (Premium Economy, Economy Class). | 45 minutes before take-off be ready at the gate (First Class, Business Class). |

## Your travel information

All times shown are local for each city

**Departing » From El Paso, United States**

**Leg 1 of 4** | El Paso (ELP) to Houston (IAH) | Operated by United Airlines Inc. (equipment owner - Mesa Airlines)

| | | | |
|---|---|---|---|
| Flight<br>**EK 6062**<br>**UA4002**<br>Economy<br>Saver | Check-in at | Departure<br>21Jan2026<br>**12:15** | **EL PASO**<br>Departing ELP, El Paso International Airport |
| Seat | Status<br>Confirmed | Arrival<br>21Jan2026<br>**15:15** | **HOUSTON**<br>Arriving IAH, George Bush Intercontinental Airport<br>Terminal B |

Coupon validity: not before **21Jan2026** / not after **21Jan2026** Baggage 2Piece

**Leg 2 of 4** | Houston (IAH) to Dubai (DXB) | Operated by Emirates (equipment owner - Emirates)

| | | | |
|---|---|---|---|
| Flight<br>**EK 212**<br>Economy<br>Saver | Check-in at<br>21Jan2026<br>**15:10** | Departure<br>21Jan2026<br>**19:10** | **HOUSTON**<br>Departing IAH, George Bush Intercontinental Airport<br>Terminal D |
| Seat | Status<br>Confirmed | Arrival<br>22Jan2026<br>**19:45** | **DUBAI**<br>Arriving DXB, Dubai International Airport<br>Terminal 3 |

Coupon validity: not before **21Jan2026** / not after **21Jan2026** Baggage 2Piece

Emirates

Ticket number: 176 2204352960
Scan the bar code or use the ticket number above at the self check-in points in the airport.

## Your travel information

All times shown are local for each city

**Departing » From Dubai, United Arab Emirates**

**Leg 3 of 4** | Dubai (DXB) to Houston (IAH) | Operated by Emirates (equipment owner - Emirates)

| Flight | Check-in at | Departure | | |
|---|---|---|---|---|
| **EK 211** Economy Saver | 29Jan2026 **06:45** | 29Jan2026 **09:45** | **DUBAI** | Departing DXB, Dubai International Airport Terminal 3 |
| Seat | Status: Confirmed | Arrival: 29Jan2026 **16:20** | **HOUSTON** | Arriving IAH, George Bush Intercontinental Airport Terminal E |

Coupon validity: not before 29Jan2026 / not after 29Jan2026 Baggage 2Piece

**Leg 4 of 4** | Houston (IAH) to El Paso (ELP) | Operated by United Airlines Inc. (equipment owner - Mesa Airlines)

| Flight | Check-in at | Departure | | |
|---|---|---|---|---|
| **EK 6105 UA4009** Economy Saver | 29Jan2026 **16:04** | 29Jan2026 **20:04** | **HOUSTON** | Departing IAH, George Bush Intercontinental Airport Terminal B |
| Seat | Status: Confirmed | Arrival: 29Jan2026 **21:18** | **EL PASO** | Arriving ELP, El Paso International Airport |

Coupon validity: not before 29Jan2026 / not after 29Jan2026 Baggage 2Piece

## Fare information

| Fare | Equivalent fare | Taxes / Fees / Charges (TFC) | Total fare (Incl. TFC) | Form of payment |
|---|---|---|---|---|
| USD833 | - | USD346.00-YQ USD20.40-AE USD11.20-AY USD12.30-F6 USD1.40-TP USD46.80-US USD3.84-XA USD13.50-XF USD7.00-XY USD7.39-YC USD2.80-ZR | USD1305.63 | CREDIT CARD |

**Fare calculation**
ELP EK X/HOU EK DXB416.50LLEIPUS4/EOL4 EK X/HOU EKELP416.50LLEIPUS4/EOL4 NUC833.00 ZPELP0IAH0 XF ELPUSD4.5IAH4.5IAH4.5END ROE1.000000

**Additional information**
NON-END/SAVER/REWARD UPGDS ALLOWED

Emirates

Ticket number: 176 2204352960
Scan the bar code or use the ticket number above at the self check-in points in the airport.

## Baggage allowance

| Passenger type | Route | Baggage allowance |
|---|---|---|
| ADULT | EK ELPDXB 2PC | BAG 1 NO FEE UPTO50LB 23KG MAX59IN 150CM<br>BAG 2 NO FEE UPTO50LB 23KG MAX59IN 150CM<br>BAG 3 225.00 USD UPTO50LB 23KG MAX59IN 150CM<br>HTTPS://WWW.EMIRATES.COM/ENGLISH/BEFORE-YOU-FLY/BAGGAGE/ |

| Passenger type | Route | Baggage allowance |
|---|---|---|
| ADULT | EK DXBELP 2PC | BAG 1 NO FEE UPTO50LB 23KG MAX59IN 150CM<br>BAG 2 NO FEE UPTO50LB 23KG MAX59IN 150CM<br>BAG 3 225.00 USD UPTO50LB 23KG MAX59IN 150CM<br>HTTPS://WWW.EMIRATES.COM/ENGLISH/BEFORE-YOU-FLY/BAGGAGE/ |

| Passenger type | Route | Carry on baggage |
|---|---|---|
| ADULT | YV ELPIAH 1PC | BAG 1 NO FEE CARRY ON UP TO 45 LI |

| Passenger type | Route | Carry on baggage |
|---|---|---|
| ADULT | EK IAHDXB 1PC | BAG 1 NO FEE CARRY7KG 15LB UPTO45LI 115LCM |

| Passenger type | Route | Carry on baggage |
|---|---|---|
| ADULT | EK DXBIAH 1PC | BAG 1 NO FEE CARRY7KG 15LB UPTO45LI 115LCM |

| Passenger type | Route | Carry on baggage |
|---|---|---|
| ADULT | YV IAHELP 1PC | BAG 1 NO FEE CARRY ON UP TO 45 LI |

If you go over the baggage allowance you may be charged. If you purchase extra baggage on emirates.com, you could get a discount. Alternatively you can pay for any extra baggage charges at check-in. For more information please visit our baggage section.

# Hazardous materials and substance control policy

The carriage of certain hazardous materials like aerosols, fireworks and inflammable liquids aboard the aircraft is forbidden. Personal motorised vehicles such as hoverboards, mini-Segways and smart or self-balancing wheels, are also forbidden on our flights as they contain large lithium batteries. For safety reasons, we can't accept these as part of checked-in baggage or as hand luggage. If you do not understand this restriction, further information may be obtained from your airline.

**The United Arab Emirates (UAE) has a very strict, zero-tolerance, anti-drugs policy. All airports within the UAE conduct thorough searches using highly sensitive equipment. Possession of any amounts of illegal drugs by travellers entering or transiting the UAE will be subject to punishment.**

# Emirates cabin baggage allowances

**Economy Class:**

One piece of carry-on baggage is permitted with maximum dimensions: 55 x 38 x 22cm (22 x 15 x 8 inches) and maximum weight: 7kg (15lb).

Note: If you're boarding in India, your carry-on baggage may not exceed 115cm or 45.3 inches (length + width + height). If your itinerary originates from Brazil, you're allowed a carry-on weighing 10kg (22lb).

**Premium Economy:**

One piece of carry-on baggage is permitted with maximum dimensions: 55 x 38 x 22cm (22 x 15 x 8 inches) and maximum weight: 10kg (22lb).

Note: If you're boarding in India, your carry-on baggage may not exceed 115cm or 45.3 inches (length + width + height).

**First Class and Business Class:**

Two pieces of carry-on baggage permitted: one briefcase plus either one handbag or one garment bag. The briefcase may not exceed 45 x 35 x 20cm (18 x 14 x 8 inches); the handbag may not exceed 55 x 38 x 22cm (22 x 15 x 8 inches); the garment bag can be no more than 20cm (8 inches) thick when folded. The weight of each piece must not exceed 7kg (15lb). The total combined weight of both pieces may not be more than 14kg (30lb).

Infants in all cabin classes are permitted one checked-in bag: maximum weight 23kg (50lb) with total dimensions (length + width + height) not exceeding 115cm (45 inches) and one carry-on bag for inflight food and disposable items (weight not to exceed 5kg (11lb) and maximum dimensions: 55 x 38 x 22cm (22 x 15 x 8 inches).

Emirates

Ticket number: 176 2204352960
Scan the bar code or use the ticket number above at the self check-in points in the airport.

Ticket number:176 2204352960
Scan the bar code or use the ticket number above at the self check-in points in the airport.




## Inflight entertainment

Fall in love with a classic romance or immerse yourself in the latest edge-of-the-seat blockbuster - let our ice inflight entertainment take you to places you won't find on a map. Choose from over 6,500 channels of movies, TV shows and music from around the world and in multiple languages. Or challenge other passengers to a range of gripping games.

HFAX
1 OSI EK CTC M 19158457387
2 OSI EK CTC E TURBONIC//SBCGLOBAL.NET
3 OSI EK AIR PRICE USD1305.63
4 OSI EK CTC A 6005 ISABELLA DR
5 OSI EK CTC A US
6 OSI EK FULFILMENT - ETICKET - APPLEPAY
RMKS
1 SAVE/LOGIN USERID - 01023547254 WWWEKWW/04JAN26/000845Z
2 SAVE/WEB BOOKING WWWEKWW/04JAN26/000845Z
3 SAVE/IBE MODERNIZATION SITE MIPH WWWEKWW/04JAN26/000845Z
4 SAVE/DUB SITE WWWEKWW/04JAN26/000845Z
5 SAVE/US SITE/ENGLISH LANG WWWEKWW/04JAN26/000845Z
6 SAVE/CC HOLDER NAME - RAY CAMPBELL WWWEKWW/04JAN26/000851Z
7 SAVE/US DOT QUALIFIES FOR FULL RFND IF XLD WTHN 24HRS OF BKG WWWEKWW/04JAN26/000851Z
8 SAVE/SEAT KK TO HK BOMEKQ4/21JAN26/024532Z
9 SAVE/QUEUE ACTIONED FROM QUEUE NYC000 BOMEKQ4/21JAN26/024536Z
10 PAID SEAT PENDING WWWEKMB/21JAN26/235150Z
11 SAVE//**PLEASE BE ADVISED WHILE CHECK IN TIME UNABLE TO ISSUE THE IAHEKLS/22JAN26/005011Z
12 SAVE/BOARDING PASS STP PAX PASSPORT COPY AND UAE RESIDENCY CO PY IAHEKLS/22JAN26/005011Z
13 SAVE/SENT TO DXB IMMIGARTIONS FOR CLEARENCE STP IAHEKLS/22JAN 26/005011Z
14 SAVE/AS PER DXB IMMIGARTION PAX NOT OK TO BOARD STP IAHEKLS/2 2JAN26/005056Z
15 SAVE/SAME ADVZD TO PAX IAHEKLS/22JAN26/005103Z