# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **RAYMOND CAMPBELL,**<br><br>***Plaintiff*,**<br><br>**v.**<br><br>**MARCO RUBIO, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE; KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY; PAMELA BONDI, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES; AND UNITED STATES OF AMERICA,**<br><br>***Defendants*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 3:25-CV-00260-LS** |

**ORDER**

The Court is in receipt of Plaintiff Raymond Campbell's petition for a writ of mandamus. There is no separate motion for a temporary restraining order on the docket.[1] Given the motions and responses pending, as well as the state of the litigation to date, the Court concludes that Plaintiff has not demonstrated a likelihood of success on the merits and would therefore deny any motion for a temporary restraining order that is filed.

**SO ORDERED**.

---

[1] *See* Local Court Rule CV-65 ("An application for a temporary restraining order or preliminary injunction shall be made in an instrument separate from the complaint.").

**SIGNED** and **ENTERED** on March 4, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**