# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**


July 02, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-50282 Campbell v. Rubio
USDC No. 3:25-CV-260

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: Rebecca Jeanfreau
Rebecca L. Jeanfreau, Deputy Clerk
504-310-7645

Ms. Anna Elizabeth Arreola
Mr. Raymond Campbell
Mr. Philip Devlin

# United States Court of Appeals for the Fifth Circuit

No. 26-50282

United States Court of Appeals
Fifth Circuit
**FILED**
July 2, 2026
Lyle W. Cayce
Clerk

Raymond Campbell,

*Plaintiff—Appellant*,

*versus*

Marco Rubio, *Secretary, U.S. Department of State*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; Todd Wallace Blanche, *Acting U.S. Attorney General*,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:25-CV-260

UNPUBLISHED ORDER

Before Graves, Ho, and Douglas, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellees' opposed motion to dismiss the appeal for lack of jurisdiction is GRANTED.

IT IS FURTHER ORDERED that Appellees' opposed motion for an extension of 30 days to file their brief upon the denial of the motion to dismiss the appeal is DENIED.