**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **RAYMOND CAMPBELL,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **EP-25-CV-260-LS** |
| **MARCO RUBIO, in his official capacity as** | § | |
| **Secretary of State, et al.,** | § | |
| **Defendants.** | § | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants Marco Rubio, Secretary of State; Markwayne Mullin, Secretary of Homeland Security; Todd Blanche, Attorney General of the United States; and the United States of America (collectively, "Defendants") respectfully file this motion for an extension, until Monday, November 9, 2026, of the time within which to answer, plead, or otherwise respond to the live complaint or any amended complaint.

Defendants' deadline to respond to the original complaint—which is currently the live complaint—is Monday, September 21, 2026. However, Plaintiff has until Monday, September 28, 2026, to file an amended complaint, and Defendants will have 14 days thereafter to respond. An extension of Defendants' answer deadline will spare Defendants from having to prepare answers to both the complaint and any amended complaint, and will also afford Defendants sufficient time to prepare a response.

**Procedural History**

Plaintiff, appearing *pro* se, has brought this action challenging the placement of a sex-offender identifier in his U.S. passport pursuant to the International Megan's Law to Prevent Child Exploitation and Other Sexual Crimes Through Advanced Notification of Traveling Sex Offenders, Pub. L. No. 114-119, 130 Stat. 15 (2016).

The original complaint raises claims of alleged constitutional violations and breach of contract. ECF No. 1.

In lieu of an answer, Defendants filed a motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and/or 12(b)(1). ECF No. 10.

On Monday, September 7, 2026, this Court denied Defendants' motion to dismiss and granted Plaintiff's request for leave to amend his complaint. ECF No. 35. Plaintiff's deadline to file an amended complaint is Monday, September 28, 2026. *Id.* at 4.

Defendants' deadline to respond to the original complaint is Monday, September 21, 2026. *See* Fed. R. Civ. P. 12(a)(4)(A). Defendants' deadline to respond to an amended complaint will be 14 days after service of the amended pleading. *See* Fed. R. Civ. P. 15(a)(3). Thus, if Plaintiff files an amended complaint on Monday, September 28, 2026, Defendants' deadline to file an answer will be Tuesday, October 13, 2026.

**Discussion**

Federal Rule of Civil Procedure 6(b)(1) allows courts to extend the time by which "an act may or must be done . . . for good cause . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . ." Fed. R. Civ. P. 6(b)(1)(A). "Even if good cause . . . [is] shown, it nonetheless remains a question of the court's discretion whether to grant any motion to extend time under Rule 6(b)." *McCarty v. Thaler*, 376 F. App'x 442, 443 (5th Cir. 2010) (per curiam) (citing *Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 894-98 (1990)).

Defendants respectfully submit that good cause exists for an extension, until November 9, 2026, of their deadline to respond to the complaint. An extension will obviate the need for Defendants to file an answer to both the live complaint and any amended complaint. It will also

provide Defendants with sufficient time to prepare an answer. The live complaint contains over 113 paragraphs, each of which requires a response. The agency needs an opportunity to prepare a draft answer, *see* Justice Manual § 4-1.432, and the undersigned Assistant U.S. Attorney needs sufficient time to review it. The requested extension is especially reasonable given that the United States and its officers are generally afforded 60 days after proper service to file an answer or otherwise respond to a complaint. *See* Fed. R. Civ. P. 12(a). If Plaintiff files an amended complaint on Monday, September 28, 2026, the requested extension will provide Defendants with 42 days to respond.

In order to afford Defendants sufficient time to thoroughly and properly address Plaintiff's claims, Defendants respectfully request an extension of time, until Monday, November 9, 2026, to answer, plead, or otherwise respond to the complaint or any amended complaint.

This request is not made for the purpose of unnecessary delay or prejudice, but so that justice may be done in this case.

**Certificate of Conference**

On September 17, 2026, the undersigned AUSA sent an email to Plaintiff asking for his position on a motion for an extension, until November 9, 2026, of Defendants' deadline to respond to the complaint or an amended complaint. He responded that he "does not oppose Defendants' motion for an extension to November 9, 2026, of their deadline to respond to the complaint or amended complaint, provided the extension is limited to the responsive pleading and does not extend Defendants' time to respond to any motion Plaintiff files in the meantime." He further stated that the "First Amended Complaint will be filed on or before September 28, 2026, per the Court's September 7 order."

**Conclusion**

Based upon the foregoing, Defendants respectfully request an extension, until November 9, 2026, of the deadline to answer, plead, or otherwise respond to the complaint or any amended complaint.

Respectfully submitted,

**JUSTIN R. SIMMONS**
UNITED STATES ATTORNEY

By: */s/ Anna E. Arreola*
**ANNA E. ARREOLA**
Assistant United States Attorney
New York Registration No. 4151775
700 E. San Antonio, Ste. 200
El Paso, Texas 79901
Office: (915) 534-6555
Facsimile: (915) 534-3490
Email: Anna.Arreola@usdoj.gov
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2026, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system.

In addition, that same day, I caused a copy of the document to be sent by certified mail, return receipt requested, to the following:

Ramon Campbell
6005 Isabella Drive
El Paso, TX 79912
*Pro se Plaintiff.*

*/s/ Anna E. Arreola*
ANNA E. ARREOLA
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **RAYMOND CAMPBELL,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **EP-25-CV-260-LS** |
| | § | |
| **MARCO RUBIO, in his official capacity as** | § | |
| **Secretary of State, et al.,** | § | |
| **Defendants.** | § | |

**ORDER**

Before the Court is Defendants' "Motion for Extension of Time" of the time within which to answer, plead, or otherwise respond to the original complaint (ECF No. 1) or any amended complaint. The Court finds that Defendants have shown good cause for an extension and that the motion is meritorious and should be, and hereby is, **GRANTED**.

IT IS, THEREFORE, HEREBY ORDERED that Defendants' deadline to answer, plead, or otherwise respond to the complaint or any amended complaint is on or before Monday, November 9, 2026.

SIGNED this _______ day of ________________________, 2026.

______________________________________
**HONORABLE LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**